# EXHIBIT A

12/14/11 19:00

# Help wanted at new casino for Toledo, Ohio

*TOLEDO, Ohio (AP) - Job seekers can roll the dice to land work at another of the four casinos coming soon to Ohio.*

Hollywood Casino Toledo has posted more than 600 job listings on its website this week. Multiple media outlets report the positions include bar and restaurant workers, slots and table games supervisors, groundskeepers and security officers.

The casino is scheduled to open in the spring with 1,200 employees.

The Cleveland casino, which will open first, advertised for 750 non-gaming jobs on Monday, while the Columbus casino posted openings for executive positions.

Cincinnati also is getting a casino. All four were approved by Ohio voters in 2009.

# EXHIBIT B

12/12/11 19:00

## Modern pentathlon tightens anti-doping policy

*MONACO (AP) -- Modern pentathlon has joined other sports in adopting a "no needles" policy as part of its anti-doping rules ahead of the 2012 London Olympics.*

Governing body UIPM says athletes can receive injections only from a "certified medical professional" after an appropriate diagnosis and only if there is no alternative.

The UIPM says all injections must be reported to competition doctors.

Governing bodies in cycling, gymnastics and rowing have also introduced "no needles" rules this year.

# EXHIBIT C

12/13/11 12:34

## Albert King gets marker on Mississippi Blues Trail

*INDIANOLA, Miss. (AP) — The late guitarist and singer Albert King is being honored on the Mississippi Blues Trail.*

*A marker commemorating King's career is being dedicated Tuesday in Indianola.*

*The Mississippi Development Authority says King gave his year of birth sometimes as 1923 and sometimes as 1924. Applying for a Social Security card in 1942, he listed his name as Albert Nelson. When he recorded his first record in 1953, he went by Albert King.*

*He claimed to be a half brother of blues legend B.B. King, but B.B. King has said they were friends but not relatives.*

*Albert King's most famous recordings were the album "Live Wire/Blues Power," and the singles "Born Under a Bad Sign," "Cross Cut Saw," "The Hunter" and "I'll Play the Blues for You."*

# EXHIBIT D





### PACKAGE 1
- 12 Months Subscription
- Meltwater Platform (5 Users / 5 Agents)
  - Unlimited Archiving (All on our servers)
  - Ability to forward articles (one at a time or multiple articles at once to as many receivers as you want)
  - Unlimited Press Reports ( Morning & Afternoon Reports)
  - Unlimited Keywords
  - Meltwater Search
  - Unlimited Articles
  - Translation of Articles (more than 16 languages)
  - Addition of any sources per your request

**Total Price - $5,000.00**

### PACKAGE 2
- 30 Months Subscription (6 Free Months)
- Meltwater Platform (10 Users / 10 Agents)
  - Unlimited Archiving (All on our servers)
  - Ability to forward articles (one at a time or multiple articles at once to as many receivers as you want)
  - Unlimited Press Reports ( Morning & Afternoon Reports)
  - Meltwater Search
  - Unlimited Keywords
  - Unlimited Articles
  - Translation of Articles (more than 16 languages)
  - Addition of any sources per your request

**Total Price - $10,000.00 ($2,500 Savings)**

# EXHIBIT E





| Travelers- US Press | Travelers- Int'l press | Travelers (Full TEXT) |



# Insurance for Business
Tailored for you, your business
and your bottom line

## Travelers- US Press

October 25, 2011 - Mass Media Distribution Newswire
**Insider at Travelers Companies, Inc. (TRV), William Heyman, sells USD 3,434,010 of stock; 2 Additional Transactions**
-- William Heyman sold 60,000 shares of Travelers Companies, Inc. stock, or $3,434,010 worth, as noted in an SEC Filing today. After the transaction, William Heyman's stake was reported as 157,720 shares of Travelers Companies, Inc.
Insider at **Travelers Companies**, Inc. (TRV), William Heyman, sells USD 3,434,010 of stock; 2 Additional Transactions -- William Heyman sold 60,000...

October 21, 2011 - Commercial Real Estate Direct
**Sale of Calif. Property Resolves Soured CMBS Loan**
Commercial Real Estate Direct Staff Report Karlin Real Estate has purchased the Capital Center, a 531,000-square-foot office complex in the Sacramento, Calif.
...76 percent leased to 25 tenants, including Wells Fargo Bank, **Travelers Insurance**, Verizon Business Services and the Federal Home Loan Bank. The...

October 21, 2011 - Zacks Investment Research
**Chubb Beats, Trims Outlook**
Despite high cat losses from Hurricane Irene along with a slew of other storms, the property and casualty insurer, Chubb Corp. (CB - Analyst Report) managed to report better than the Zacks estimates.
...are affecting the carriers alike. Chubb s close competitor, The **Travelers Companies**. (TRV - Analyst Report) also reported third quarter earnings...

October 21, 2011 - Bloomberg
**S&P 500 Companies With Weekly Estimate Revisions**
The following tables detail changes in consensus for companies in the Standard & Poor's 500 Index. The tables include estimates for the third and fourth quarter.
...Ltd. 0.53 0.54 -1.9% DD E.I. Du Pont 0.53 0.54 -1.9% TRV **Travelers Companies** Inc. 1.56 1.59 -1.9% SBUX Starbucks Corp. 0.50 0.51 -2.0% DOW Dow Chemical...

October 21, 2011 - StockRants
**Chubb Beats, Trims Outlook (ALL) (CB) (TRV) (WRB) (XL)**
Despite high cat losses from Hurricane Irene along with a slew of other storms, the property and casualty insurer, Chubb Corp. (CB) managed to report better than the Zacks estimates.

http://service.meltwaternews.com/mmnews/redirect.html?docId=...newsletter/lat...

...conditions are affecting the carriers alike. Chubb s close competitor, The **Travelers Companies**. (TRV) also reported third quarter earnings miss on the...

# Travelers- Int'l press

October 25, 2011 - TED UK

### UK-High Wycombe: insurance services 2011/S 205-334483

Contract notice Services Section I: Contracting authority I.1)Name, addresses and contact point(s) Wycombe District Council Queen Victoria Road Contact point(s): Ryan Savage For the attention of: Ryan Savage HP11 1BB High Wycombe UNITED KINGDOM Telephone: +44 1494421368 E-mail: ryan_savage@wycom

...London, Aviva, Risk Management Partners, Royal Sun Alliance, **Travelers Insurance** Co Ltd, Summit Motor Policies, Zurich Municipal, Chartis Insurance...

October 24, 2011 - The Insurance Insider

### Gelb picks market turn for 2013

Barclays analyst Jay Gelb says he is increasingly hopeful that commercial P&C insurers will see a sustained increase in premium rates after seeing recent data from Chubb, Travelers and the Council of Insurance Agents and Brokers (CIAB).

...sustained increase in premium rates after seeing recent data from Chubb, **Travelers** and the Council of **Insurance** Agents and Brokers (CIAB). Recent...

October 21, 2011 - Capital.gr

### Τέταρτη διαδοχική εβδομάδα κερδών για τον Dow

Dow 11.808,79 267,01 2,31% Nasdaq 2.637,46 38,84 1,49% Η Wall Street χθες Ανοδικά κινήθηκαν οι βασικοί δείκτες της Wall Street στις συναλλαγές της Παρασκευής η ολοκλήρωση των οποίων βρήκε τους Dow και S&P 500 στο υψηλότερο επίπεδο των τελευταίων 11 εβδομάδων.

...πρόσημο και 2 με αρνητικό. Εξ αυτών τα μεγαλύτερα ποσοστιαία κέρδη κατέγραψε η **Travelers Companies** Inc κλείνοντας στα 57,33 δολ. με άνοδο 2,80...

October 21, 2011 - BizWire Express

### When You Shouldn't Buy Cancel for Any Reason, Explains Squaremouth

As Cancel for Any Reason continues to grow in popularity, more travelers are including the benefit in their travel insurance policy. According to Squaremouth.

...Ross, On Call International, Seven Corners, Travel Guard, Travel **Insurance** Services, Travel Insured, **Travelers** Liberty, Travelex, TravelSafe and...

October 21, 2011 - Stock Market Review

### The Travelers Companies (NYSE:TRV): Profit Slumped On Increased Natural calamities

Advertisement On October 19, 2011, Travelers Cos. reported its profit during the third-quarter slumped 67% year-over-year to $333 million fueled by August's Hurricane Irene and tropical storm Lee.

The **Travelers Companies** (NYSE:TRV): Profit Slumped On Increased Natural calamities Advertisement On October 19, 2011, Travelers Cos. reported...

October 21, 2011 - The Insurance Insider

### Optimism on rates boosted as Chubb beats the Street

Giant US primary insurer Chubb reported analyst topping results on Thursday, adding to optimism on hardening US commercial insurance rates that has grown since rival Travelers reported earlier this week.

...results on Thursday, adding to optimism on hardening US commercial **insurance** rates that has grown since rival **Travelers** reported earlier this week.

# Travelers (Full TEXT)

October 26, 2011 - Credit.com

### Guide to Travel Insurance: Medical Evacuation Coverage

Say you're planning an ocean cruise, an African safari, or some other trip that will place you hundreds of miles away from the nearest hospital. What happens if you need medical attention immediately? The way to address this fear may seem simple: Buy travel insurance. Your credit card company may sell travel insurance, and many private companies specialize in offering such coverage. That way, if a rhinoceros attacks your Jeep or you develop emergency appendicitis, your evacuation to a hospital will be covered, even if that hospital is back home in the United States. Or

12/9/2011 12:18 PM

maybe it isn't. Many travel insurance packages—especially those offered for free by credit card networks—say they offer "emergency assistance." To a regular person, that may sound a lot like "emergency evacuation," since both seem to convey the message: I'm in trouble, and I need to get out of here, now. [Resource: Business Credit Cards to Cut Travel Costs] But in the credit card and insurance worlds, those two terms actually mean completely different things. Emergency evacuation means picking you up and transporting you to emergency care. Emergency assistance, on the other hand, usually means only that you get to call a 24-hour hotline, where the operator will connect you to whatever services you need. Paying for those services is entirely on you, even if it means a bill for $130,000 for a chartered medical jet from Africa back to your hometown. "Most credit cards won't pay for emergency medical or dental care, or emergency medical evacuation, which are all real high dollar value items," says Daniel Durazo, spokesman for Access America, a travel insurance company. Travel insurance gets complicated quickly, partly because it contains so many different types of insurance, from medical coverage to lost luggage. But as you decide which type of travel insurance is right for you, the most important thing to consider is also the least likely to happen: A medical emergency that requires your immediate evacuation. While most people think of insuring their baggage or their rental car, those costs may pale in comparison if something goes seriously wrong. "I've never heard of a person going bankrupt because they lost their luggage or missed their flight," says John W. Cook, former executive in charge of traveler insurance for Travelers Insurance Company, and now president of QuoteWright.com. "But I have heard of people going bankrupt because they had a heart attack while overseas and had to be medically evacuated." [Resource: Get your free Credit Report Card] Most Credit Cards: Cheap, But Limited Protection Many credit cards offer different types of travel insurance, and in many cases those benefits come free as an inducement to encourage you to use the card for major purchases like trips, Cook says. But watch out for the fine print. Visa's traditional cards offer emergency assistance, according to the company's website. But click on the terms, and you discover that this covers access to a 24-hour hotline, not anything close to emergency evacuation. Even Visa's Signature card, which is geared specifically for travelers, offers no coverage for emergency evacuation, according to the company's online description of services. Visa did not return multiple calls and emails seeking comment. The same is true for MasterCard, which also didn't return our calls and emails. Discover does offer some benefits to card holders who experience medical benefits while traveling. But even here, reading and understanding the fine print is key. In its online description of emergency medical benefits, Discover says, "If adequate medical facilities are not locally available in the event of an accident or illness, we'll arrange for an emergency evacuation to the nearest facility capable of providing necessary treatment." The important verb here is "arrange." Notice that this means something different than "pay." Which mean Discover may help you find an emergency flight to a hospital, but you'll still have to pay for it. "The point is you get what you pay for," Durazo says. "You're not paying a lot for that coverage [from credit cards], so the benefits will be rather limited."

October 26, 2011 - Yahoo

## Loews Corp Third Quarter Earnings Sneak Peek

S&P 500 component Loews Corp will unveil its latest earnings on Monday, October 31, 2011. Through its subsidiaries, Loews is involved in commercial property and casualty insurance, operation of offshore oil and gas drilling rigs, production of natural gas and liquids, operation of interstate natural gas pipeline, and operation of hotels. Loews Corp Earnings Preview Cheat Sheet Wall St. Earnings Expectations: The average estimate of analysts is for net income of 51 cents per share, a rise of 920% from the company's actual earnings for the same quarter a year ago. During the past three months, the average estimate has moved down from 73 cents. Between one and three months ago, the average estimate moved down. It also has dropped from 61 cents during the last month. For the year, analysts are projecting profit of $2.85 per share, a decline of 6.6% from last year. Past Earnings Performance: The company is hoping to beat estimates after missing the mark for two straight quarters. Last quarter, it reported net income of 59 cents per share against an estimate of profit of 75 cents per share. The quarter before that, it missed forecasts by 2 cents. Investing Insights: Here's Why Chipotle's Stock Keeps Winning. A Look Back: In the second quarter, profit fell 31.1% to $252 million (62 cents a share) from $366 million (87 cents a share) the year earlier, missing analyst expectations. Revenue rose 1.6% to $3.54 billion from $3.49 billion. Key Stats: A year-over-year revenue increase in the second quarter snapped a streak of three consecutive quarters of revenue declines. Revenue fell 1.2% in the first quarter, 2.8% in the fourth quarter of the last fiscal year and 1% in the third quarter of the last fiscal year. The company has seen net income fall in each of the last two quarters. Net income dropped 9% in the first quarter. Competitors to Watch: CNA Financial Corporation , The Chubb Corporation , The Travelers Companies, Inc. , W.R. Berkley Corporation , Markel Corporation , American Financial Group , American Intl. Group, Inc. , Old Republic Intl. Corp. , Cincinnati Financial Corp. , and RLI Corp. . Stock Price Performance: During September 27, 2011 to October 25, 2011, the stock price had risen $3.24 (9.1%) from $35.51 to $38.75. The stock price saw one of its best stretches over the last year between January 4, 2011 and January 12, 2011 when shares rose for seven-straight days, rising 3.8% (+$1.49) over that span. It saw one of its worst periods between July 21, 2011 and August 2, 2011 when shares fell for nine-straight days, falling 6.9% (-$2.82) over that span. Shares are up 2 cents (+0.1%) year to date.

# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-461-521**

**Effective date of registration:**

December 29, 2011

---

## Title

**Title of Work:** Sri Lankan fruit traders protest new basket rule

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 14, 2011      **Nation of 1st Publication:** United States

## Author

■      **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001 United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Sri Lankan fruit

Sri Lankan fruit traders protest new basket rule

Sri Lanka's fruit and vegetable traders take to streets
protesting new plastic basket rule

   COLOMBO, Sri Lanka (AP) _ Thousands of produce traders at Sri
Lanka's main market are protesting in the streets demanding that
the government withdraw a new rule requiring all vegetables and
fruits be transported in plastic baskets instead of sacks.
   Business came to a standstill Wednesday at the central market
in Colombo, the capital, when the traders started a sit-in
protest on a main road. They were protesting a rule that makes
compulsory the use of plastic baskets in transporting vegetables
and fruits.
   The government says the move was to stop colossal wastage
through damage while transporting perishable produce in sacks.
But the traders say the rule is not practical because the
plastic baskets hold smaller quantities of vegetables they take
up too much space in their shops.

# EXHIBIT G

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-460-774**

**Effective date of registration:**

**December 29, 2011**

---

## Title

**Title of Work:** Help wanted at new casino for Toledo, Ohio

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 14, 2011      **Nation of 1st Publication:** United States

## Author

- **Author:** The Associated Press

  **Author Created:** text

  **Work made for hire:** Yes

  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001 United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Help wanted at

Help wanted at new casino for Toledo, Ohio

Casino being built in Toledo is latest in Ohio to post hundreds
of job openings

   TOLEDO, Ohio (AP) _ Job seekers can roll the dice to land
work at another of the four casinos coming soon to Ohio.
   Hollywood Casino Toledo has posted more than 600 job listings
on its website this week. Multiple media outlets report the
positions include bar and restaurant workers, slots and table
games supervisors, groundskeepers and security officers.
   The casino is scheduled to open in the spring with 1,200
employees.
   The Cleveland casino, which will open first, advertised for
750 non-gaming jobs on Monday, while the Columbus casino posted
openings for executive positions.
   Cincinnati also is getting a casino. All four were approved
by Ohio voters in 2009.

# EXHIBIT H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-461-520

**Effective date of registration:**

December 29, 2011

---

## Title

**Title of Work:** Portugal highway toll booths torched, shots fired

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 14, 2011          **Nation of 1st Publication:** United States

## Author

■       **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Portugal highway toll

---

Portugal highway toll booths torched, shots fired

Portugal highway toll booths torched, shots fired in apparent
anti-austerity protest

   LISBON, Portugal (AP) _ Portuguese authorities say
unidentified attackers torched highway toll booths and shot at
an employee in what police suspect is part of ongoing protests
against new charges for road users.
   The government last week introduced tolls on four highways as
part of austerity measures it agreed to in return for a euro78
billion ($101.5 billion) bailout earlier this year.
   Police told national news agency Lusa that attackers set fire
to an unmanned toll booth in the southern Algarve region late
Tuesday. An employee called to the scene suffered slight
injuries from a gunshot.
   Another toll booth in the same region was damaged by arson
and gunfire on Monday night.
   Portugal has not so far witnessed any violent street
demonstrations against the austerity measures.

# EXHIBIT I

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-460-773**

**Effective date of registration:**

**December 29, 2011**

---

## Title

**Title of Work:** Former Alaska Sen. Ted Stevens dies in plane crash

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 10, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001 United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Former Alaska Sen.

Former Alaska Sen. Ted Stevens dies in plane crash

Former Alaska Sen. Ted Stevens dies in plane crash during fishing trip

   DILLINGHAM, Alaska (AP) _ An amphibious plane carrying former Republican Sen. Ted Stevens crashed into a remote mountainside during a fishing trip, killing Alaska's most beloved political figure and four others and stranding the survivors on a rocky, brush-covered slope overnight.
   Stevens and the eight other people in the single-engine plane were on a fishing trip when the flight experienced sudden fog and rain in a rugged section of southwestern Alaska.
   Three teenagers and their parents, including the former head of NASA, were on the plane when it plowed into the mountain Monday afternoon with so much force that it left a 300-foot (90-meter) gash on the slope, federal investigators said.
   A doctor and two emergency medical technicians hiked to the scene Monday evening and tended to the survivors' broken bones, cuts and bruises during a cold and frightening night on the mountain with the pungent odor of jet fuel wafting through the air.
   A 13-year-old boy survived but had to spend the night near his dead father and the senator. A mother and her 16-year-old daughter died. Former NASA chief Sean O'Keefe survived along with his teenage son.
   The 86-year-old Stevens' death stunned lawmakers and residents alike because of his pre-eminence in Alaska history: A decorated World War II pilot who survived a deadly 1978 plane crash, he was the longest-serving Republican senator in history and became the patron saint of Alaska politics as he brought billions of federal dollars home.
   One failed effort _ the infamous "Bridge to Nowhere" _ became part of his national legacy, as did corruption convictions that helped foil his 2008 campaign after 40 years in office. The case was later tossed out.
   "He is one of the real giants," said Paul Brown, a consultant who was having lunch at an outdoor cafe in Anchorage. "He dedicated his life to this state."
   Investigators with the National Transportation Safety Board arrived Tuesday at the crash site outside Dillingham, located on Bristol Bay about 325 miles (525 kilometers) southwest of Anchorage. The cause was not immediately known, but weather is one area investigators will examine.
   The flights at Dillingham are often perilous through the mountains, even in good weather. NTSB chairwoman Deborah Hersman

said weather conditions at the time of the accident included light rain, clouds and gusty winds.

Hersman said the group had eaten lunch at a lodge and boarded a 1957 red-and-white float plane between 3 p.m. and 3:15 p.m. local time for a trip to a salmon fishing camp. The FAA had previously said the plane took off between 1 p.m. and 2 p.m.

Lodge operators called the fishing camp at 6 p.m. to inquire when the party would be returning for dinner, but were told that they never showed up. Civilian aircraft were dispatched, and pilots quickly spotted the wreckage a few miles (kilometers) from the lodge, Hersman said.

The doctor and EMTs were flown to the area and hiked to the wreckage as fog and rain blanketed the area and nightfall set in, making it impossible for rescue officials to reach the scene until daybreak.

Pilot Tom Tucker helped shuttle the medical personnel to the scene.

He said the survivors were all in relative good condition. It was rainy and cold, and he believes their heavy duty fishing waders protected them when they went into shock.

"We covered them up with blankets and made them as comfortable as we could," he said.

He said there was no rhyme or reason to how some survived the crash. The pilot was killed, but a passenger in the co-pilot's seat survived. "The front of the aircraft was gone," he said. "He was just sitting in the chair."

They made a tarp tent over the missing cockpit to keep him dry.

The Federal Aviation Administration said the DeHavilland DHC-3T was registered to Anchorage-based General Communications Inc., a phone and Internet company.

Four survivors were taken to Providence Hospital in Anchorage with "varying degrees of injuries," Alaska State Troopers said. Former NASA spokesman Glenn Mahone said O'Keefe, 54, and his son had broken bones and other injuries.

Sean O'Keefe was listed in critical condition late Tuesday afternoon, while son Kevin was listed in serious condition and sleeping.

The other survivors were William "Willy" Phillips Jr., 13; and Jim Morhard, of Alexandria, Virginia.

The victims were identified as Stevens; pilot Theron "Terry" Smith, 62, of Eagle River; William "Bill" Phillips Sr.; Dana Tindall, 48, an executive with GCI; and her 16-year-old daughter Corey Tindall.

Stevens and O'Keefe were fishing companions and longtime Washington colleagues who worked together on the Senate Appropriations Committee that the Republican lawmaker led for

several years. Stevens became a protege to the younger O'Keefe and they remained close friends over the years. Morhard and the elder Phillips also worked with Stevens in Washington.

Plane crashes in Alaska are somewhat common because of the treacherous weather and mountainous terrain. Many parts of the state are not accessible by roads, forcing people to travel by air to reach their destinations.

Stevens was one of two survivors in a 1978 plane crash at Anchorage International Airport that killed his wife, Ann, and several others.

Alaska Sen. Lisa Murkowski said the state had lost a hero and "I lost a dear friend," praising Stevens' service during World War II. He flew cargo planes over "the hump" in the Himalayas and was awarded the Distinguished Flying Cross.

"Alaska has lost one of its greatest statesmen and a true pioneer of our state with the passing of Senator Ted Stevens," said Murkowski's counterpart, Mark Begich, who defeated Stevens in 2008 and who lost his politician father in a plane crash in 1972.

A White House spokesman said President Barack Obama called Stevens' widow, Catherine, on Tuesday afternoon to express his condolences.

"A decorated World War II veteran, Sen. Ted Stevens devoted his career to serving the people of Alaska and fighting for our men and women in uniform," Obama said in prepared remarks.

Stevens was appointed in December 1968 and became the longest-serving Republican in Senate history. (The late Strom Thurmond was in the Senate longer than Stevens, but he spent a decade there as a Democrat before switching to the Republicans.)

The wiry octogenarian was a legend in his home state, where he was known as "Uncle Ted."

He was named Alaskan of the Century in 1999 for having the greatest impact on the state in 100 years. He brought in "Stevens money" that literally helped keep the remote state solvent. The Anchorage airport is also named in his honor.

But one of his projects _ infamously known as the "Bridge to Nowhere" _ became a symbol of wasteful spending in Congress and a target of taxpayer groups who challenged an appropriation for hundreds of millions of dollars for bridge construction in Ketchikan.

Stevens' standing in Alaska was toppled by corruption allegations and a federal trial in 2008. He was convicted of all seven counts _ and narrowly lost to Begich in the election the following week. But five months later, Attorney General Eric Holder dropped the indictment and declined to proceed with a new trial because of prosecutorial misconduct.

Stevens never discussed the events publicly.

The Stevens crash is the latest in a long line of aviation accidents to claim political figures over the years in the U.S., including Pennsylvania Sen. John Heinz in 1991, South Dakota Gov. George Mickelson in 1993, Missouri Gov. Mel Carnahan in 2000 and Minnesota Sen. Paul Wellstone in 2002.

# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-460-772**

**Effective date of
registration:**

December 29, 2011

---

## Title

**Title of Work:** Modern pentathlon tightens anti-doping policy

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 12, 2011     **Nation of 1st Publication:** United States

## Author

- **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001 United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Modern pentathlon tightens

Modern pentathlon tightens anti-doping policy

Modern pentathlon passes 'no needle' rules to tighten anti-doping ahead of London Olympics

    MONACO (AP) _ Modern pentathlon has joined other sports in adopting a "no needles" policy as part of its anti-doping rules ahead of the 2012 London Olympics.
    Governing body UIPM says athletes can receive injections only from a "certified medical professional" after an appropriate diagnosis and only if there is no alternative.
    The UIPM says all injections must be reported to competition doctors.
    Governing bodies in cycling, gymnastics and rowing have also introduced "no needles" rules this year.

# EXHIBIT K

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-460-574

**Effective date of registration:**

December 29, 2011

---

## Title

**Title of Work:** Albert King gets marker on Mississippi Blues Trail

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 13, 2011      **Nation of 1st Publication:** United States

## Author

■    **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Albert King gets

---

Albert King gets marker on Mississippi Blues Trail

Late singer and guitarist Albert King honored with Mississippi
Blues Trail marker in Indianola

INDIANOLA, Miss. (AP) _ The late guitarist and singer Albert
King is being honored on the Mississippi Blues Trail.
    A marker commemorating King's career is being dedicated
Tuesday in Indianola.
    The Mississippi Development Authority says King gave his year
of birth sometimes as 1923 and sometimes as 1924. Applying for a
Social Security card in 1942, he listed his name as Albert
Nelson. When he recorded his first record in 1953, he went by
Albert King.
    He claimed to be a half brother of blues legend B.B. King,
but B.B. King has said they were friends but not relatives.
    Albert King's most famous recordings were the album "Live
Wire/Blues Power," and the singles "Born Under a Bad Sign,"
"Cross Cut Saw," "The Hunter" and "I'll Play the Blues for You."

# EXHIBIT L

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-460-775**

**Effective date of
registration:**

December 29, 2011

---

## Title

**Title of Work:** Polls open in second wave of Egypt parliament vote

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 14, 2011    **Nation of 1st Publication:** United States

## Author

■     **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001 United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Polls open in second

---

Polls open in second wave of Egypt parliament vote

Polls open in second round of Egypt's first parliamentary vote
since Mubarak ouster

   CAIRO (AP) _ Egyptians in nine provinces have begun voting in
the second stage of the first parliamentary elections since a
popular uprising ousted President Hosni Mubarak in February.
   Dozens of people are lining up under campaign posters outside
a school near the Pyramids in Giza on Wednesday, waiting to cast
their ballots and dip their finger in purple ink to prevent
double voting.
   Islamist parties dominated the first round of voting which
started last month, with the Muslim Brotherhood's political arm
taking 47 percent of the contested seats and the
ultraconservative Al-Nour party taking 21 percent. The liberal
Egyptian Bloc took nine percent.
   The second round, which continues through Thursday, will
decide 180 seats in the 498-seat lower house. The third and
final round is scheduled for early January.

# EXHIBIT M

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-460-770**

**Effective date of
registration:**

December 29, 2011

## Title ────────────

Title of Work: Senate upset erases Alaska seniority

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: September 2, 2010    **Nation of 1st Publication:** United States

## Author ──────────

- Author: The Associated Press

  Author Created: text

  Work made for hire: Yes

  Citizen of: United States      **Domiciled in:** United States

## Copyright claimant ──────

Copyright Claimant: The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions ──────

Organization Name: The Associated Press

Name: Laura Malone

Address: 450 West 33rd Street

New York, NY 10001  United States

## Certification ──────────

Name: Amanda Morrison

Date: December 29, 2011

Applicant's Tracking Number: Senate upset erases Alaska

Senate upset erases Alaska seniority

Alaska loses long-held Senate seniority that brought billions of dollars to state

ANCHORAGE, Alaska (AP) _ The defeat of Republican U.S. Sen. Lisa Murkowski by an upstart fiscal conservative in Alaska's GOP primary could mark a significant shift for a state that has so long relied on federal pork to survive. The outcome was also an unexpected blow to the seniority Alaska has enjoyed in the Senate.

Even as the far northern state stubbornly adheres to its reputation for independence, it relies more heavily on federal spending than any other state, thanks largely to congressional powerhouses such as the late Republican Sen. Ted Stevens.

But a shift in that approach could come in the form of Joe Miller, who defeated Murkowski with the strong backing of Sarah Palin and the Tea Party Express as he campaigned against runaway government spending.

Noting that Alaska has long depended on federal largesse, Miller says the state could work toward self-reliance with more control of its own resources and a reduction in federal regulatory burdens.

He is favored to win in November over Democrat Scott McAdams, a little-known mayor of the southeast Alaska town of Sitka.

Alaska's sole representative in the U.S. House, Don Young, has been adept at bringing federal dollars to the state for almost four decades and no one expects his goals to change.

But Stevens, who was killed in a plane crash last month, brought home billions from Washington to fund highways, pipelines, ports. Alaska lost his formidable seniority and some power to capture a huge share of federal money when he was defeated by Democratic Sen. Mark Begich in 2008 following a corruption conviction that was later dropped.

For many longtime political observers in Alaska, Murkowski's defeat continues a trend of losing Senate seniority and influence _ key elements in the state capturing hundreds of millions of federal dollars each year.

Without Murkowski and with Begich still building tenure, Alaska has virtually no pull in the Senate, said University of Alaska Fairbanks political science professor Jerry McBeath.

"And the Senate has served Alaska marvelously over the 50-year period of statehood," he said.

University of Alaska Anchorage political science professor Carl Shepro noted that in post-victory interviews, Miller has toned down his anti-spending stance a bit, probably to appeal to less conservative Republicans.

"So this is not a Joe Miller comes to D.C. and Social Security is gone, Medicare is gone," he said. "But what Joe Miller does do, and what those that I think are joining in this message do is get this government back from the fiscal brink, back from bankruptcy so that we can ensure that the contracts that we've made with our seniors, that we can honor those."

Still, Shepro believes Miller means to sharply cut the flow of federal money coming to Alaska. Shepro expects there would be plenty of senators more than happy to accommodate such a freshman.

Many Alaskans just don't realize how significant the federal government is to the state, where federal government bashing is a state pastime, said Clive Thomas, a political science professor at the University of Alaska Southeast.

"I think what people want is, they don't want the regulation, but they want the money," he said. "But you've got to walk a fine line and Ted Stevens realized that."

The importance of the federal government is recognized by many in Alaska's interior, where Stevens and Young have been revered for years by many, including Alaska Natives living in remote locations.

Tanana, a largely Athabascan community of 300, relies on federal funding for as much as 75 percent of the its economy, said Bear Ketzler, its city administrator. Ketzler, a Murkowski supporter, said it's too soon to feel the repercussions of losing Stevens. He fears Murkowski's loss will only add to an expected cut in federal aid.

"In the short term, we're going to be OK," he said. "In the long term, our future in Alaska looks very, very bleak."

Patti Higgins, state chair of the Alaska Democratic Party, said she disagrees. If Democrats retain their Senate majority, Alaskans would be better off to elect a second Democrat to the Senate, she said.

"With the Democrats in power, I think we're sitting pretty."

# EXHIBIT N

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-460-771

**Effective date of
registration:**

December 29, 2011

---

## Title

**Title of Work:** AP Exclusive: Inside Romania's secret CIA prison

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 8, 2011     **Nation of 1st Publication:** United States

## Author

■          **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** AP Exclusive: Inside

---

AP Exclusive: Inside Romania's secret CIA prison

AP Exclusive: In basement of Romanian government building, CIA ran secret prison

WASHINGTON (AP) _ In northern Bucharest, in a busy residential neighborhood minutes from the center of Romania's capital city, is a secret that the Romanian government has tried for years to protect.

For years, the CIA used a government building _ codenamed Bright Light _ as a makeshift prison for its most valuable detainees. There, it held al-Qaida operatives Khalid Sheik Mohammad, the mastermind of 9/11, and others in a basement prison before they were ultimately transferred to Guantanamo Bay in 2006, according to former U.S. intelligence officials familiar with the location and inner workings of the prison.

The existence of a CIA prison in Romania has been widely reported but its location has never been made public until a joint investigation by The Associated Press and German public television, ARD Panorama. The news organizations located the former prison and learned details of the facility where harsh interrogation tactics were used. ARD's program on the CIA prison will air Dec 8.

The Romanian prison was part of a network of so-called black sites that the CIA operated and controlled overseas in Thailand, Lithuania and Poland. All the prisons were closed by May 2006, and the CIA's detention and interrogation program ended in 2009.

Unlike the CIA's facility in Lithuania's countryside or the one hidden in a Polish military installation, the CIA's prison in Romania was not in a remote location. It was hidden in plain sight, a couple blocks off a major boulevard on a street lined with trees and homes, along busy train tracks.

The building is used as the National Registry Office for Classified Information, which is also known as ORNISS. Classified information from NATO and the European Union is stored there. Former intelligence officials both described the location of the prison and identified pictures of the building.

In an interview at the building in November, senior ORNISS official Adrian Camarasan said the basement is one of the most secure rooms in all of Romania. But he said Americans never ran a prison there.

"No, no. Impossible, impossible," he said in an ARD interview for its "Panorama" news broadcast, as a security official monitored the interview.

The CIA prison opened for business in the fall of 2003, after the CIA decided to empty the black site in Poland, according to former U.S. officials, who spoke on condition of anonymity

because they were not authorized to discuss the detention program with reporters.

Shuttling detainees into the facility without being seen was relatively easy. After flying into Bucharest, the detainees were brought to the site in vans. CIA operatives then drove down a side road and entered the compound through a rear gate that led to the actual prison.

The detainees could then be unloaded and whisked into the ground floor of the prison and into the basement.

The basement consisted of six prefabricated cells, each with a clock and arrow pointing to Mecca, the officials said. The cells were on springs, keeping them slightly off balance and causing disorientation among some detainees.

The CIA declined to comment on the prison.

During the first month of their detention, the detainees endured sleep deprivation and were doused with water, slapped or forced to stand in painful positions, several former officials said. Waterboarding was not performed in Romania, they said.

After the initial interrogations, the detainees were treated with care, the officials said. The prisoners received regular dental and medical check-ups. The CIA shipped in Halal food to the site from Frankfurt, Germany, the agency's European center for operations. Halal meat is prepared under religious rules similar to kosher food.

Former U.S. officials said that because the building was a government installation, it provided excellent cover. The prison didn't need heavy security because area residents knew it was owned by the government. People wouldn't be inclined to snoop in post-communist Romania, with its extensive security apparatus known for spying on the country's own citizens.

Human rights activists have urged the eastern European countries to investigate the roles their governments played in hosting the prisons in which interrogation techniques such as waterboarding were used. Officials from these countries continue to deny these prisons ever existed.

"We know of the criticism, but we have no knowledge of this subject," Romanian President Traian Basescu said in a September interview with AP.

The CIA has tried to close the book on the detention program, which Obama ended shortly after taking office.

"That controversy has largely subsided," the CIA's top lawyer, Stephen Preston, said at a conference earlier this month.

But details of the prison network continue to trickle out through investigations by international bodies, journalists and human rights groups. "There have been years of official denials," said Dick Marty, a Swiss lawmaker who led an

investigation into the CIA secret prisons for the Council of
Europe. "We are at last beginning to learn what really happened
in Bucharest."

During the Council of Europe's investigation, Romania's
foreign affairs minister assured investigators in a written
report that, "No public official or other person acting in an
official capacity has been involved in the unacknowledged
deprivation of any individual, or transport of any individual
while so deprived of their liberty." That report also described
several other government investigations into reports of a secret
CIA prison in Romania and said: "No such activities took place
on Romanian territory."

Journalists and human rights investigators have previously
used flight records to tie Romania to the secret prison program.
Flight records for a Boeing 737 known to be used by the CIA
showed a flight from Poland to Bucharest in September 2003.
Among the prisoners on board, according to former CIA officials,
were Mohammad and Walid bin Attash, who has been implicated in
the bombing of the USS Cole.

Later, other detainees _ Ramzi Binalshibh, Abd al-Nashiri and
Abu Faraj al-Libi _ were also moved to Romania. A deceptive Al-
Libi, who was taken to the prison in June 2005, provided
information that would later help the CIA identify Osama bin
Laden's trusted courier, a man who unwittingly led them the CIA
to bin Laden himself.

Court documents recently discovered in a lawsuit have also
added to the body of evidence pointing to a CIA prison in
Romania. The files show CIA contractor Richmor Aviation Inc., a
New York-based charter company, operated flights to and from
Romania along with other locations including Guantanamo Bay and
Morocco.

For the CIA officers working at the secret prison, the
assignment wasn't glamorous. The officers served 90-day tours,
slept on the compound and ate their meals there, too. Officers
were prevented from the leaving the base after their presence in
the neighborhood stoked suspicion. One former officer complained
that the CIA spent most of its time baby-sitting detainees like
Binalshibh and Mohammad whose intelligence value diminished as
the years passed.

The Romanian and Lithuanian sites were eventually closed in
the first half of 2006 before CIA Director Porter Goss left the
job. Some of the detainees were taken to Kabul, where the CIA
could legally hold them before they were sent to Guantanamo.
Others were sent back to their native countries.

# EXHIBIT O

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-460-823**

**Effective date of
registration:**

December 30, 2011

---

## Title

**Title of Work:** Cold night crept by after crash killed senator

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 11, 2010      **Nation of 1st Publication:** United States

## Author

**Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001 United States

## Certification

**Name:** Amanda Morrison

**Date:** December 30, 2011

**Applicant's Tracking Number:** Former Sen. Ted Stevens

---

Cold night crept by after crash killed senator

Survivors of Alaska plane crash that killed former US senator
spent cold night amid wreckage

DILLINGHAM, Alaska (AP) _ Former Sen. Ted Stevens lay dead in
the mangled fuselage of the plane. A 13-year-old boy escaped
death but his father died a few feet away. Medical workers spent
the miserable night tending to survivors' broken bones amid a
huge slick of fuel that coated a muddy mountainside.

The gruesome details of the plane crash that killed Stevens
and four others emerged as investigators tried to figure out how
the float plane crashed into a mountain during a fishing trip.
Three teenagers and their parents were on the plane.

Among those who survived is former NASA chief Sean O'Keefe,
who is now the CEO of defense contractor EADS North America.
Former NASA spokesman Glenn Mahone said O'Keefe, 54, and his
teenaged son had broken bones and other injuries.

Authorities were studying weather patterns to understand if
overcast skies, rain and gusty winds played a role in a crash
that claimed the life of the most revered politician in Alaska
history.

Stevens, a Republican, was remembered as a towering political
figure who brought billions of dollars to the state during his
40 years in the Senate _ a career that ended amid a corruption
trial in 2008. The case was later tossed out.

A pilot who was one of the first to arrive at the scene
described a horrific scene of airplane wreckage, fuel, rainy
weather, dead bodies and frightened survivors.

As he helped shuttle a doctor and two emergency medical
technicians to the scene about three hours after the crash, Tom
Tucker described seeing a survivor still strapped in the front
seat with the nose of the plane disintegrated. His head was cut,
and his legs appeared to be broken.

"The front of the aircraft was gone," Tucker said. "He was
just sitting in the chair."

He and other responders made a tarp tent over the missing
cockpit to keep him dry. It was rainy and cold, and he believes
the passengers' heavy duty waders protected them when they went
into shock. Temperatures ranged from about 48 degrees to 50
degrees (around 10 Celsius) overnight at Dillingham.

Master Sgt. Jonathan Davis, one of the first National
Guardsmen to reach the crash site, told ABC television that the
waders helped the injured by acting "as sort of a survival-type
blanket," keeping body heat in and water out.

The flights at Dillingham are often perilous through the
mountains, even in good weather. NTSB chairwoman Deborah Hersman

said weather conditions at the time of the accident included light rain, clouds and gusty winds.

The federal investigation is still in its early stages, and it's too early to say what caused the crash, Hersman said. Hersman told CNN on Wednesday morning that investigators had not yet been able to talk to the crash survivors.

Hersman said the group had eaten lunch at a lodge and boarded a 1957 red-and-white float plane between 3 p.m. and 3:15 p.m. local time for a trip to a salmon fishing camp.

Lodge operators called the fish camp at 6 p.m. to inquire when the party would be returning for dinner, but were told that they never showed up. Civilian aircraft were dispatched, and pilots quickly spotted the wreckage a few miles from the lodge, Hersman said.

The doctor and medics were flown to the area and hiked to the wreckage as fog and rain blanketed the area and nightfall set in, making it impossible for rescue officials to reach the scene until daybreak.

The Federal Aviation Administration said the DeHavilland DHC-3T was registered to Anchorage-based General Communications Inc., a phone and Internet company.

The victims were identified as Stevens; pilot Theron "Terry" Smith, 62; William "Bill" Phillips Sr.; Dana Tindall, 48, an executive with GCI; and her 16-year-old daughter Corey Tindall.

The four survivors were O'Keefe and his son, Kevin; William "Willy" Phillips Jr., 13; and Jim Morhard, of Alexandria, Virginia. They were taken to Providence Hospital in Anchorage with "varying degrees of injuries," Alaska State Troopers said on Tuesday.

Sean O'Keefe was listed in critical condition Wednesday. His son, Kevin O'Keefe, and Morhard were listed in serious condition. The hospital said the younger Phillips was not listed in its directory, and it wasn't immediately clear where he was.

Stevens and O'Keefe were fishing companions and longtime Washington colleagues who worked together on the Senate Appropriations Committee that the Republican lawmaker led for several years. Morhard and the elder Phillips also worked with Stevens in Washington.

Plane crashes in Alaska are somewhat common because of the treacherous weather and mountainous terrain. Many parts of the state are not accessible by roads, forcing people to travel by air to reach their destinations.

# EXHIBIT P

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-460-776**

**Effective date of
registration:**

December 29, 2011

---

## Title

**Title of Work:** Sun shines on the mountain and Pearce rides again

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 13, 2011        **Nation of 1st Publication:** United States

## Author

■    **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** December 29, 2011

**Applicant's Tracking Number:** Sun shines on

Sun shines on the mountain and Pearce rides again

A picture perfect day and a comeback on the mountain for
snowboarder Kevin Pearce

BRECKENRIDGE, Colo. (AP) _ Basking in the sun and snow,
surrounded by his fans and friends, Kevin Pearce carved sweet
turns down a gentle run called "Springmeier" _ kicking up just
enough powder behind him to remind people that, yes, this kid
can still ride.

The three trips he took down that hill, some might say, were
a storybook ending to a life-altering journey that began when
Pearce nearly died during a training accident while preparing
for the Olympics.

Or was it a new beginning?

"That's kind of my goal," Pearce said, "is to continue to
have special days like this."

Yes, Tuesday was a special day _ the 24-year-old champion
snowboarder's first trip down the mountain since Dec. 31, 2009,
which is when he banged his head on the halfpipe in Utah while
trying a difficult trick that, had he pulled it off a few months
after that, might have won him a gold medal at the Vancouver
Olympics.

The accident left him in a coma and his life hung in the
balance for several days. When he finally awoke, severe head
trauma turned the most basic of activities _ walking, talking,
seeing straight _ into pressing challenges for the young
athlete.

In the back of his mind, though, as he labored through his
grueling rehabilitation, Pearce never gave up hope that he might
ride again _ if not across a rail or through a halfpipe, then at
least down a mountain.

On a sunsplashed afternoon in the Colorado high country, 712
days after the accident, he did.

The day began with a trip to Vail, where Pearce hooked up
with snowboarding mogul Jake Burton and the close-knit group of
pro snowboarders who call themselves the "Frends" _ because
there is no `I' in friendship.

After a few mellow trips on that mountain, Pearce came to
Breckenridge to ride with other friends, along with the public,
a few hundred of whom cheered when he walked out of the
lunchroom and toward the lift, ready to ride again.

"I didn't know if anyone was going to show up today," Pearce
said. "When I walked out there and there were all these people
there to support me and have my back the way they have for the
last two years, it brings this feeling. It's a hard feeling to
explain."

Instead of sporting the old "I Ride For Kevin" stickers that dotted every mountainside after the accident, those on the slopes with him on this day wore stickers and T-shirts with a new message: "Ride With Kevin."

The return to the snow wasn't without the most minor of falls, a very small tipping that came courtesy of a rider who bumped him on the hill. No damage done, though. Only smiles at the bottom, where two years of hard, emotional work _ filled with hundreds of tiny steps forward and a fair share of tiny steps back, as well _ culminated in a day that was never guaranteed.

"The doctors said to me, `Don't take his hope away,'" said Pearce's mother, Pia. "And that's the message. It's about doing it, but doing it safely. It's about him making good choices. It's about him being a role model and a mentor for all those ... athletes who get concussions. To be smart about it. Enjoy life. Have fun. But when he needs to make a hard choice and not do something, as his life goes on, we need to see. Can he stop himself when he wants to take that jump?"

Indeed, the future holds many more questions for Pearce, who, to those who don't know him, seems as healthy and happy as any 20-something on the mountain.

Even he concedes everything is not all perfect.

"I don't think anyone in this room except my mom and my brother have any idea what's really going on with me right now," Pearce said, a few hours after the ride. "There's so much more than what you see."

But on this day, it wasn't so much about the road ahead as the celebration at hand. Out on the mountain in a bright blue jacket, Pearce was the star, even with dozens of world-class riders practicing nearby for the Dew Tour event that will take place on the same mountain later this week.

Pearce will be on hand for that, though he knows joining those guys at the top is not in his future.

"Jumps and halfpipes and rails and that stuff aren't important to me anymore," he said. "What's important to me is to be able to get up there and be happy with what I'm doing. Riding powder. Riding with all my friends. There are so many things you can do up on the mountain that don't involve competition. That stuff, that's the stuff I'm looking forward to the most."

# EXHIBIT Q

# *-APPLICATION-*

## Title
**Title of Work:** Wednesday is 1-year mark of border agent's death

## Completion/Publication
**Year of Completion:** 2011

**Date of 1st Publication:** December 14, 2011   **Nation of 1st Publication:** United States

## Author
**Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions
**Organization Name:** The Associated Press

**Name:** Laura  Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification
**Name:** Amanda Morrison

**Date:** January 3, 2012

**Applicant's Tracking Number:** Wednesday is 1-year

**Registration #:**

**Service Request #:** 1-706092833

**Priority:** Routine                    **Application Date:** January 3, 2012 05:47:28 PM

## Correspondent —————————————————————

**Organization Name:** The Associated Press

**Name:** Amanda Morrison

**Email:** amorrison@ap.org                    **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate —————————————————————

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001  United States

Wednesday is 1-year mark of border agent's death

Wednesday marks 1 year since border agent was killed by bandits in Arizona desert

   PHOENIX (AP) _ Wednesday marks one year since Border Patrol Agent Brian Terry was killed in a shootout with a crew of border outlaws in the Arizona desert.
   The 40-year-old former Marine and a native of Detroit was a member of an elite Border Patrol unit and came across the bandits while on patrol Dec. 14, 2010. Terry was killed and all but one of the bandits got away.
   Fellow agents and friends have described Terry as a warrior and a patriot who died doing what he loved most: fighting for his country.
   His killing drew additional attention when two guns found at the scene were connected to a botched federal operation known as Fast and Furious in which illegally obtained weapons were allowed across the border into Mexico.

# EXHIBIT R

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | WikiLeaks suspect's trial near super-secure NSA |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2011 | | |
| **Date of 1st Publication:** | December 15, 2011 | **Nation of 1st Publication:** | United States |

## Author

| | | | |
|---|---|---|---|
| ■  **Author:** | The Associated Press | | |
| **Author Created:** | text | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United States | **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | The Associated Press |
| | 450 West 33rd Street, New York, NY, 10001, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | The Associated Press |
| **Name:** | Laura  Malone |
| **Address:** | 450 West 33rd Street |
| | New York, NY 10001  United States |

## Certification

| | |
|---|---|
| **Name:** | Amanda Morrison |
| **Date:** | January 3, 2012 |
| **Applicant's Tracking Number:** | WikiLeaks suspect's trial near |

**Registration #:**

**Service Request #:** 1-706092768

**Priority:** Routine          **Application Date:** January 3, 2012 05:40:55 PM

## Correspondent

**Organization Name:** The Associated Press

**Name:** Amanda Morrison

**Email:** amorrison@ap.org          **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001 United States

WikiLeaks suspect's trial near super-secure NSA

Suspect in WikiLeaks case to be tried near secret-collecting National Security Agency

FORT MEADE, Md. (AP) _ The military intelligence complex an hour outside Washington where the WikiLeaks case goes to court this week is known as a cloak-and-dagger sanctum off-limits to the public _ a reputation that's only partly true.

Maryland's Fort Meade is, for the most part, an ordinary Army post, its 5,000-acres mostly made up of neat rows of army barracks and homes, a PX, and a golf course.

Only one small part of the base houses the super-secure compound of the code-breaking National Security Agency.

Yet that juxtaposition still provides the greatest irony: Pfc. Bradley Manning, the soldier accused of one of the largest intelligence heists in U.S. history, will stand trial in a military courtroom on the same post as the intelligence agency charged with covertly collecting and cracking secrets.

Manning's case, a cause celebre for anti-secrecy activists, hackers and even human rights groups, is subject to unprecedented security restrictions.

The military says Fort Meade was chosen for the Manning hearing not because of its secure location but because the garrison's Magistrate Court has the largest military courtroom in the Washington area. It's where you would go to argue your case if military police pulled you over for breaking the 15 to 35 mph speed limit.

Like any Army post, Fort Meade does have security. If you're on the entry list at the garrison's front gate, you can drive in unescorted after a routine check of your vehicle.

NSA is located on a separate, far-harder-to-enter compound, contiguous with the main base. Entry requires the highest of clearances or the most diligent of escorts, and NSA's own elite detail provides security. The compound is equipped with various electronic means to ward off an attack by hackers.

The compound's experts include cryptologists, computer hackers and "siginters," the signals intelligence experts who can track a conversation inside an Iranian nuclear scientist's office from the vibrations of the windows.

Yet despite their focus on cracking secrets, the agency itself is hardly hidden. NSA's main complex is visible from a major highway, and features a U-shaped building with a couple of 1980s-style glass office blocks attached, surrounded on all sides by a parking lot and a chain-link fence.

You can study the buildings at your leisure, in photos posted to the NSA's own online photo gallery. And you can test your own

code-breaking skills at the agency's National Cryptologic Museum, open to the public just outside the NSA compound. After punching a code or two into a genuine World War II German Enigma code-making machine, you can pick up a "No Such Agency" T-shirt at the gift shop.

The throngs of reporters covering the Manning trial probably won't have time to see any of that. They'll be busy following the case against a defendant alleged to be so devious and creative that he came up with a way to spirit away hundreds of thousands of classified files, armed only with guile, a low-level clearance and a Lady Gaga CD.

The prosecution can only hope that their arguments, or the evidence, will reveal the secrets of how, and why, so much classified information ended up online, for all the world to read.

Even the NSA's experts might want to know that.

# EXHIBIT S

*-APPLICATION-*

## Title

**Title of Work:** Shoplifter chops off Wash. security guard's ear

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 12, 2011    **Nation of 1st Publication:** United States

## Author

- **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** January 3, 2012

**Applicant's Tracking Number:** Shoplifter chops off

**Registration #:**

**Service Request #:** 1-706092732

**Priority:** Routine

**Application Date:** January 3, 2012 05:34:23 PM

## Correspondent ──────────────────────────────

**Organization Name:** The Associated Press

**Name:** Amanda  Morrison

**Email:** amorrison@ap.org                    **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate ──────────────────────────────

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001  United States

Shoplifter chops off Wash. security guard's ear

Police in Longview, Wash., say shoplifter with hatchet slices off most of security guard's ear

LONGVIEW, Wash. (AP) _ Police in Washington state say a shoplifter with a hatchet sliced off most of a store security guard's ear.

Longview police Sgt. Doug Kazensky tells The Daily News that the shoplifter pulled a small hatchet out of his waistband Monday afternoon and swung, chopping off nearly the entire ear.

The guard was taken to a Portland hospital for emergency plastic surgery in an attempt to reattach the ear.

The attacker remained at large.

The assault took place just outside the garden center entrance of a Fred Meyer supermarket. Kazensky says two security officers were trying to apprehend the man, who was suspected of taking CDs, bike chains and other small items.

The man apparently brought the hatchet to the store with him.

# EXHIBIT T

# *-APPLICATION-*

## Title

**Title of Work:** Young office says he's cleared in DOJ probe

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** August 4, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura Malone

**Address:** 450 West 33rd Street

New York, NY 10001 United States

## Certification

**Name:** Amanda Morrison

**Date:** January 3, 2012

**Applicant's Tracking Number:** Young office says he's

**Registration #:**

**Service Request #:** 1-705981803

**Priority:** Routine                **Application Date:** January 3, 2012 02:55:37 PM

## Correspondent —————————————————————————————

**Organization Name:** The Associated Press

**Name:** Amanda Morrison

**Email:** amorrison@ap.org                **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate —————————————————————————————

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001  United States

Young office says he's cleared in DOJ probe

Alaska congressman's office says he's cleared in Justice Dept. probe

ANCHORAGE, Alaska (AP) _ Federal prosecutors have decided not to pursue an investigation of U.S. Rep. Don Young, R-Alaska, over connections to an Alaska businessman convicted of bribing state lawmakers.

Young, 77, has been under investigation for several years, but documents filed in federal court last year first publicly linked him to a wide-ranging investigation of corruption in Alaska.

Young has denied any wrongdoing and repeatedly declined to speak on the matter, citing advice of his lawyers. His campaign has spent more than $1 million on his legal expenses.

Young's legal team was notified Wednesday by the Public Integrity Section of the Department of Justice that the case will not be prosecuted, said Young spokeswoman Meredith Kenny. Young's office issued a news release that was short on details but noted Young's "full cooperation" in the probe. It did not say how Young's lawyers were notified.

"I'm not allowed to comment or say anything other than what's in the press release, unfortunately," Kenny said.

DOJ spokeswoman Laura Sweeney said the agency declined to comment.

Young is running for his 20th term this year and has a Republican challenger, political newcomer Sheldon Fisher, in the Aug. 24 Republican primary. Fisher did not see Wednesday's announcement as exoneration. He said Young should release the DOJ correspondence clearing him of federal corruption charges.

"A decision that there is a lack of evidence to prosecute Mr. Young is not the same as being cleared of federal corruption," he said in a statement.

Young first won statewide office in 1973 in a special election after U.S. Rep. Nick Begich, a Democrat and father of current U.S. Sen. Mark Begich, was killed in a plane crash in southeast Alaska.

In the federal documents filed in October, the state's only representative in the House was identified as "United States Representative A" in connection with the sentencing of Bill Allen, a key figure in the corruption probes of state lawmakers and former U.S. Sen. Ted Stevens. Allen is serving a 21-month prison term stemming from his 2007 guilty plea to bribery, conspiracy and tax charges.

The court papers alleged that Young illegally received gifts totaling up to nearly $200,000 over 13 years from VECO Corp.,

Allen's now-defunct oil field services company. According to the documents, Allen and former VECO vice president Rick Smith authorized corporate funds to pay up to $15,000 a year between 1993 and 2006 for expenses associated with Young's annual pig roast fundraiser.

After Young's federal investigation surfaced, he amended his campaign finance reports to show he reimbursed Allen about $38,000 for fundraiser expenses.

Allen was the lead witness in the botched corruption trial of Stevens, who was found guilty in 2008 of failing to disclose gifts from Allen. Charges against Stevens, 86, were thrown out last year after the Justice Department acknowledged that it failed to turn over evidence favorable to the defense prior to trial.

Since the case against Ted Stevens imploded, prosecuting Young became much more unlikely. The entire prosecution team investigating Alaska corruption is under scrutiny for its handling of the case, and the testimony of the key witness has been called into question.

In another matter involving Young, lawmakers in 2008 requested an investigation into an earmark that made its way into the highway spending bill he oversaw as chairman of the House Transportation Committee. The bill included $10 million to widen a Florida highway. The final version, until revised, redirected that money to an interchange that benefited a developer who did some fundraising for Young. There was no active investigation of Young as of last October.

Young's Washington, D.C., attorney, John Dowd, said in an e-mail that the DOJ investigation of Young is over.

A former Young congressional staffer, Fraser Verrusio, was indicted in March 2009 on corruption charges for taking a free trip to the 2003 World Series, another case to come out of the scandal surrounding ex-lobbyist Jack Abramoff. Verrusio, 39, worked under Young when the Alaska congressman was chairman of the House Transportation and Infrastructure Committee.

Mark Zachares, also a former Young aide, pleaded guilty to conspiracy in April 2007. Zachares acknowledged accepting gifts and a golf trip to Scotland from Abramoff's team in exchange for official acts for them.

Young filed early in this current term, in June 2009, to seek another term in office, saying he expected challengers. The subsequent death of his wife, Lu, last year did not change his resolve.

"Lu and I made the decision to run for re-election together, and I will continue to fight for her and for all Alaskans," he said at the time.

# EXHIBIT U

# *-APPLICATION-*

## Title
**Title of Work:** Senator delivered billions for Alaska's future

## Completion/Publication
**Year of Completion:** 2010

**Date of 1st Publication:** August 10, 2010     **Nation of 1st Publication:** United States

## Author

■     **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions
**Organization Name:** The Associated Press

**Name:** Laura  Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification
**Name:** Amanda Morrison

**Date:** January 3, 2012

**Applicant's Tracking Number:** Senator delivered billions

**Registration #:**

**Service Request #:** 1-705981728

**Priority:** Routine       **Application Date:** January 3, 2012 02:51:49 PM

## Correspondent ────────────────────────────────

**Organization Name:** The Associated Press

**Name:** Amanda  Morrison

**Email:** amorrison@ap.org       **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate ────────────────────────────────

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001  United States

Senator delivered billions for Alaska's future

Alaska Sen. Stevens called Internet 'series of tubes,' but was
'Uncle Ted' to constituents

   ANCHORAGE, Alaska (AP) _ To much of the nation, Ted Stevens
was the crotchety senator who famously referred to the Internet
as "a series of tubes" and fought to build the "Bridge to
Nowhere."
   But to his constituents in Alaska, he was "Uncle Ted," the
state's political patriarch who for four decades reliably
delivered billions in federal dollars for the highways,
pipelines and ports that helped move his sparsely populated
state into the future.
   The wiry octogenarian was built like a birch sapling, but he
liked to encourage comparisons with the Incredible Hulk _ an
analogy that seemed appropriate for his outsized place in Alaska
history.
   "Though small of stature, Ted Stevens seemed larger than
life, and anybody who knew him, knew him that way, for he built
Alaska, and he stood for Alaska, and he fought for Alaskans,"
said Gov. Sean Parnell. "Ted was a lion, who retreated before
nothing."
   Stevens was killed Monday at 86 in a plane crash in a remote
part of the state while on his way to a fishing trip. More than
30 years ago, he survived the crash of a private jet at
Anchorage International Airport that killed his first wife, Ann.
   Four others also died in the crash Monday outside Dillingham,
about 325 miles (520 kilometers) southwest of Anchorage.
   Alaskans loved him, even when the pork-barrel proposals he
spearheaded became notorious.
   "Ted always said, 'To hell with politics. Do what is best for
Alaska.' He never apologized for fighting for his state, and
Alaska is better for it today." said Sen. Mary Landrieu, a
Louisiana Democrat.
   Stevens began his career in the days before Alaska statehood
and did not abandon politics until 2008, when he was convicted
on corruption charges shortly before Election Day. But a federal
judge threw out the verdict because of misconduct by federal
prosecutors.
   He was appointed in December 1968 and became the longest-
serving Republican in Senate history. (The late Strom Thurmond
was in the Senate longer than Stevens, but he spent a decade
there as a Democrat before switching to the Republican Party.)
   Stevens was a legend in his home state, but his standing was
hurt by allegations he accepted a bonanza of home renovations
and fancy trimmings from VECO Corp., a powerful oil field

services contractor, and then lied about it on congressional disclosure documents.

Indicted on federal charges in July 2008, he asked for an unusually speedy trial, hoping to clear his name before Election Day. Instead, he was convicted in late October of all seven counts _ and narrowly lost his Senate seat to Democrat Mark Begich in the election.

Five months after the election, Attorney General Eric Holder dropped the indictment and declined to proceed with a new trial because of misconduct by federal prosecutors. Stevens never discussed the events publicly.

When his party held a majority, Stevens was chairman of several Senate committees, including the powerful Rules and Appropriations panels. For three years, he was majority whip. When the Democrats took back control of the Senate in January 2007, he lost his chairmanships but remained ranking Republican member of the powerful Commerce Committee.

His skill in appropriating military and other federal money for Alaska earned him the reputation among many in Washington as a pork-barrel politician.

"In the history of our country, no one man has done more for one state than Ted Stevens. His commitment to the people of Alaska and his nation spanned decades, and he left a lasting mark on both." said Senate Minority Leader Mitch McConnell, a Republican from Kentucky.

He was named Alaskan of the Century in 1999 for having the greatest impact on the state in 100 years _ he brought in "Stevens money" that helped keep the remote state solvent. The Anchorage airport is named in his honor.

"The only special interest I care about is Alaska," he was fond of saying.

A television reporter once quipped that Stevens could shoot Santa's reindeer and Alaskans would applaud.

He helped shape landmark legislation on Alaska Native land claims, the trans-Alaska oil pipeline, fisheries management and public lands.

The "Bridge to Nowhere" would have connected Ketchikan, Alaska, to an island with just 50 residents at a cost of $200 million to $400 million. The proposal became a symbol of the waste associated with earmarks, which are items inserted into bills, often at the last minute.

Congress scrubbed funding for the bridge in 2005.

The following year, Stevens became the butt of jokes and satirical songs for describing the Internet as "a series of tubes" and for speaking of sending "an Internet" instead of an e-mail.

Most of the wisecracks portrayed Stevens as an old man who did not understand the technology over which he wielded influence as chairman of the Commerce Committee.

Stevens also was known for being easily angered both in private and on the Senate floor. Stevens saw his volatile temperament as a political tool.

"I don't lose my temper," he told the Anchorage Daily News in 1994. "I always know where it is."

When critics called for his resignation after a Los Angeles Times story detailed how Stevens became a millionaire investing in companies he helped secure government contracts, he said: "If they think I am going to resign because of a story in a newspaper, they're crazy."

Stevens also took flak for aiding groups that hired his son, former state Senate President Ben Stevens, as a consultant and for pushing a lease deal with Boeing after it hired his wife's law firm.

In 2007, FBI and Internal Revenue Service agents raided Stevens' four-bedroom house south of Anchorage as part of the probe into his relationship with VECO. Former company chief Bill Allen, who pleaded guilty to bribing Alaska state legislators, testified that he oversaw extensive renovations at Stevens' home and sent VECO employees to work on it.

During the trial, Stevens spent three days on the witness stand, vehemently denying any wrongdoing. He said his wife handled the business of the renovation and paid every bill they received. He said he paid $160,000 for the project and believed that covered everything.

Theodore Fulton Stevens was born Nov. 18, 1923, in Indianapolis. His parents divorced when he was young and, in 1938, he moved to southern California to live with relatives.

After graduating from high school in 1942, he attended college for a semester before joining the Army Air Corps. He flew cargo planes over "the hump" in the Himalayas during World War II and was awarded the Distinguished Flying Cross.

After the war, Stevens finished college at UCLA and in 1950 earned a law degree at Harvard. Fresh out of law school, he moved to Washington, D.C., to work and, in 1953, he drove cross-country to the Territory of Alaska to take a job in Fairbanks.

In 1954, Stevens was named U.S. attorney in Fairbanks and two years later returned to Washington to work on the statehood issue for Interior Secretary Fred Seaton, a statehood supporter. Eventually Stevens rose to become the Interior Department's top lawyer.

He moved back to Alaska in 1961, opening a law practice in Anchorage. After losing the 1962 Senate race to incumbent Gruening, he won a seat in the Alaska House of Representatives.

He was House majority leader when appointed to finish Bartlett's term.

The crash that killed Stevens' first wife happened in 1978, shortly after he was elected to his second full term. Two years later, he married Catherine Chandler, a lawyer from a prominent Democratic family in Alaska.

When Republicans took control of the Senate in 1981, Stevens became assistant majority leader. In 1984, he ran for majority leader, but lost by three votes to Kansas Sen. Bob Dole.

As the most senior Republican in the Senate, Stevens served as Senate president pro tempore and was third in the line of succession for the presidency until Democrats regained control of Congress in 2007.

# EXHIBIT V

# *-APPLICATION-*

## Title

**Title of Work:** Alaska reviewing case against ex-VECO CEO Allen

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** September 3, 2010          **Nation of 1st Publication:** United States

## Author

- **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura  Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** January 3, 2012

**Applicant's Tracking Number:** Alaska reviewing case

**Registration #:**

**Service Request #:** 1-705981693

**Priority:** Routine                    **Application Date:** January 3, 2012 02:25:21 PM

## Correspondent

**Organization Name:** The Associated Press

**Name:** Amanda  Morrison

**Email:** amorrison@ap.org                    **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001  United States

Alaska reviewing case against ex-VECO CEO Allen

State attorney general says Alaska officials reviewing case
against former VECO CEO

ANCHORAGE, Alaska (AP) _ Alaska Attorney General Dan Sullivan
said his office is reviewing police reports compiled in a child
sex abuse investigation involving former VECO chief Bill Allen.
The federal government has said it won't pursue charges in
the case. Allen was the government's star witness in the
corruption trial of the late U.S. Sen. Ted Stevens. The charges
were later thrown out because of prosecutorial misconduct.
Allen pleaded guilty to bribing Alaska state lawmakers, and
is serving three years in a federal prison.
Anchorage police conducted two investigations into whether
Allen had sex with an underage girl in the 1990s. One case was
stopped, and federal investigators joined the second
investigation.
Sullivan said prosecutors are reviewing police reports and
reviewing the matter. He declined to comment further.

# EXHIBIT W

# *-APPLICATION-*

## Title

**Title of Work:** When the most wonferful day of the year comes late

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 13, 2011          **Nation of 1st Publication:** United States

## Author

■          **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura  Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** January 3, 2012

**Applicant's Tracking Number:** When the most

**Registration #:**

**Service Request #:** 1-705981618

**Priority:** Routine          **Application Date:** January 3, 2012 02:17:22 PM

## Correspondent

**Organization Name:** The Associated Press

**Name:** Amanda  Morrison

**Email:** amorrison@ap.org          **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001  United States

When the most wonderful day of the year comes late

To save money on gifts, some families celebrate Christmas a few days late

NEW YORK (AP) _ When Emily Russell's two young sons wake up on Christmas morning, they'll find that Santa left them a note instead of the videogames they requested.

"Hey, I couldn't get by your house last night," Russell, a single mother from Kernersville, N.C., plans to write to her sons and sign Santa's name. "Your mom is going to take you to the store when she can."

Some people have always postponed Christmas celebrations because their jobs don't pause for the holiday. But in the weak economy, folks are delaying Christmas for another reason: money.

Deloitte's annual holiday survey for the first time asked shoppers whether they planned to wait until January to do the bulk of their shopping for Christmas. Six percent of the more than 5,000 respondents said they did.

The strategy can pay off. After Christmas, retailers offer discounts of up to 75 percent on a wider variety of items than they do in the weeks leading up to the holiday.

It's something cost-conscious shoppers have gotten hip to. Retail sales during the seven days after Christmas rose year-over-year in three of the past five years, according to research firm ShopperTrak. And last year, year-over-year online spending grew by 22 percent on Dec. 26 and 56 percent on Dec. 27, according to computer giant IBM's retail consulting arm.

Elaine Wu and her husband plan to wait until the day after Christmas to shop because they've agreed not to spend more than $150 for each other _ a difficult task given they like to splurge on upscale Marc Jacobs handbags and Armani shoes.

Wu says she's also waiting until after Christmas to shop for some of her friends. Real friends, she figures, wouldn't want her to go through the headache of shopping in the pre-Christmas madness anyway.

"Just because it's a day late doesn't mean it's going to be any less special or didn't come from the same sentiment," says Wu, 36, a marketing manager for the startup website BlogHer in Silicon Valley. "It just means that it's going to save us 60 percent."

Postponing Christmas Day, originally a Christian holiday to celebrate the birth of Christ, is almost unheard of in some circles. About 95 percent of Americans celebrate Christmas _ including 80 percent of non-Christians, according to Gallup polls.

But Bruce David Forbes, author of "Christmas: A Candid History," says those who delay Christmas festivities can take some comfort in the fact that Dec. 25 isn't the date of the birth of Christ.

When Christians started celebrating his birth in the 300s after the Roman emperor Constantine converted to that religion, they didn't know the birthdate, so it appears that they picked a day to coincide with Romans' midwinter celebrations of their own gods. Meanwhile, Christians in more eastern countries, like Turkey and Greece, were already celebrating on Jan. 6.

So, Forbes, who teaches religious studies at Morningside College in Sioux City, Iowa, says if you're celebrating anywhere between Dec. 25 and Jan. 6, "you're not even doing it late."

That may be a relief to Mujtaba Al-Qudaihi of Baltimore, Md., who plans to spend Dec. 25 watching a movie, catching up on reading or killing time on the Internet. His real Christmas celebration _ which includes his dad dressing up as Santa and the extended family exchanging gifts and eating a big meal _ will happen a few days later.

That's because it's cheaper for Al-Qudaihi and other relatives to fly to his parents' home in Indianapolis after Christmas. Besides, Al-Qudaihi figures that the prices on gifts he plans to buy will be much cheaper after Christmas.

"Nothing changes," says Al-Qudaihi, 27, who works in information-technology consulting for a public university. "Just the date."

Danielle McCurley of Lacey, Wash., also is planning to postpone Christmas a couple days. She wants to wait until her financial aid check for her school tuition arrives so she can spend the extra money on gifts.

In normal years, McCurley would have finished her Christmas shopping weeks ago. But this year is different: After losing her job as a home health aide, McCurley, 32, returned to school to study social work this fall. Adding to that, her husband, Mario, was out of work for a year and a half, though he recently found a job as a security guard.

McCurley, who has three children ages 4, 5 and 11, thinks her youngest two won't really notice. Her oldest will, but she already bought his present: a secondhand netbook that she got for a third of the original price at $100. And she figures her mom, her three brothers and her husband won't really mind the late presents.

"They're adults," McCurley says. "I don't think they'll be too upset."

Meanwhile, Russell, the North Carolinian mom, isn't sure how her sons, ages 8 and 10, will react when they learn Christmas will come late for them.

Postponing the celebration is the only way Russell, a customer service worker, can manage to afford Christmas this year because she had to take two weeks off without pay recently when her youngest had his tonsils removed. She figures if she waits until after Christmas to go shopping, she'll be able to scrounge up money to buy each boy a video game, a board game and one piece of clothing.

"It might be a little upsetting to start with," says Russell, 41. "I'll tell them, `I'm sorry Santa didn't come by today. Maybe he'll come by next week.'"

# EXHIBIT X

*-APPLICATION-*

## Title

**Title of Work:** WikiLeaks suspect seen as hero, traitor

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** December 13, 2011     **Nation of 1st Publication:** United States

## Author

■     **Author:** The Associated Press

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States                    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** The Associated Press

450 West 33rd Street, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** The Associated Press

**Name:** Laura  Malone

**Address:** 450 West 33rd Street

New York, NY 10001  United States

## Certification

**Name:** Amanda Morrison

**Date:** January 3, 2012

**Applicant's Tracking Number:** WikiLeaks suspect seen

**Registration #:**

**Service Request #:** 1-705981582

**Priority:** Routine                    **Application Date:** January 3, 2012 02:01:26 PM

## Correspondent ────────────────────────────────

**Organization Name:** The Associated Press

**Name:** Amanda  Morrison

**Email:** amorrison@ap.org                    **Telephone:** 212-621-7285

**Address:** 450 West 33rd Street
New York, NY 10001 United States

## Mail Certificate ────────────────────────────────

The Associated Press
Amanda Morrison
450 West 33rd Street
New York, NY 10001  United States

WikiLeaks suspect seen as hero, traitor

Soldier charged in WikiLeaks case seen as hero or traitor, depending on who you ask

   FORT MEADE, Md. (AP) _ The document in which Pfc. Bradley Manning allegedly confessed to giving classified information to WikiLeaks also includes a rationale that has made him a hero among peace and anti-secrecy activists worldwide: "I want people to see the truth."
   But Manning also apparently understood that if any connection to WikiLeaks was revealed, he might be seen as a traitor, "like Nidal Hassan," the Army major accused of killing 13 soldiers preparing for deployment at Fort Hood, Texas.
   Both portraits will be on display during a military hearing starting Friday at this locked-down Army base between Baltimore and Washington, D.C. The hearing, which could run for days, will determine whether Manning will be court-martialed on charges that could bring life imprisonment. Prosecutors say they won't seek the maximum penalty of death for the most serious charge of aiding the enemy.
   The basis for the 22 counts that Manning faces are t
   ranscripts of online chats the Army intelligence analyst purportedly initiated in May 2010 with confidant-turned-government-informant Adrian Lamo.
   The chats also foreshadowed the divergent public perceptions of the 23-year-old Crescent, Okla., native: Is he a freedom-of-information idealist who rightfully exposed abuses of power? Or a soldier who betrayed his country and comrades-in-arms?
   The chat logs, which the military says are authentic, were first published by Wired.com, which got them from Lamo. In them, a writer using the screen name "bradass87" reveals much more than his reasons for divulging classified files to WikiLeaks, an anti-secrecy website. He discusses his disdain for feeble computer security at his post in Baghdad, his wrenching breakup with a boyfriend in Boston and his struggles as a "super-intelligent, awkwardly effeminate" homosexual trying to survive his conservative upbringing, a broken family, British schooling and military service in the era of "don't ask, don't tell."
   "I'm a mess," bradass87 confided to Lamo. "I'm in the desert, with a bunch of hyper-masculine trigger happy ignorant rednecks as neighbors. And the only safe place I seem to have is this satellite internet connection."
   Manning's civilian defense attorney, David Coombs, aims to present evidence of Manning's mental and emotional distress to highlight failings in the military chain of command. Prosecutors contend such testimony is irrelevant to the investigation.

The material Manning is suspected of leaking includes hundreds of thousands of diplomatic cables, Iraq and Afghanistan war logs and a 2007 video clip of a laughing U.S. helicopter crew gunning down 11 men later found to include a Reuters news photographer and his driver. The Pentagon concluded the troops acted appropriately, having mistaken the camera equipment for weapons.

Coombs contends the leaked material didn't hurt national security and caused little damage to U.S. interests abroad, despite U.S. government claims that it endangered lives and security. Manning supporters say the leaks exposed war crimes and triggered pro-democracy uprisings in the Middle East.

Daniel Ellsberg, who revealed the secret U.S. expansion of the Vietnam War by leaking the Pentagon Papers 40 years ago, says Manning is "unreservedly a hero."

"I think that Bradley Manning, if he is found to be the source of this, will deserve our thanks and our admiration," Ellsberg said.

Others say Manning's alleged crimes amount to selling out his fellow soldiers, and that he should be punished as a traitor.

U.S. Rep. Mike Rogers, R-Mich., said in August 2010 that execution would be an appropriate punishment for what he regarded as treason.

In a more temperate statement last week to The Associated Press, Rogers said he trusts in the military judicial process. Nevertheless, he said: "Leaking classified information and compromising U.S. national security is always an extremely serious offense. The ramifications of leaking classified material can be deadly for our men and woman on the front lines."

Manning's arrest in May 2010 made global headlines and his case has engendered strong sympathy in Europe. In Britain, where WikiLeaks founder Julian Assange has largely been based for the past 18 months, many view WikiLeaks favorably for having exposed the gruesome reality of the deeply unpopular war in Iraq.

But it was the conditions of Manning's eight months in pretrial confinement at a Marine Corps base near Washington that caused his support base to swell. The Quantico brig commander, citing safety and security concerns, kept Manning confined 23 hours a day in a single-bed cell. For several days in March, he was forced to sleep naked. Amnesty International and the American Civil Liberties Union objected, the United Nations' torture investigator began an inquiry and chief State Department spokesman P.J. Crowley resigned after calling the confinement conditions "ridiculous" and "stupid."

British opposition lawmaker Ann Clwyd asked the British government to intervene in Manning's case, saying that "his treatment is cruel and unnecessary and we should be saying so."

Coombs says the conditions at Quantico were illegal; President Barack Obama has defended them as appropriate.

Manning was transferred in April to a medium-security facility at Fort Leavenworth, Kan.

Jeff Paterson of the Bradley Manning Support Network called that a victory for Manning supporters.

"That really did motivate people that, whether they appreciated Bradley's alleged actions or not, they realized that his treatment was wrong, and people spoke out," he said.

Paterson said about 5,000 donors worldwide have given about $400,000. The funds are to cover Coombs' estimated fee of $120,000, plus costs for any appeals and expenses linked to demonstrations on Manning's behalf, he said.

Criticism of Manning's treatment hasn't gone away. Last month, 54 members of the European parliament signed an open letter to the U.S. government raising concerns about his pretrial confinement. United Nations chief torture investigator Juan Mendez is preparing to release a report on Manning.

While Europeans are divided on WikiLeaks' confrontational tactics, the view that Manning was motivated by a crisis of conscience holds sway with many international observers.

"We are indebted to him," Swiss human rights investigator Dick Marty said in September. If Manning is guilty as charged, he said, then he "acted as a whistleblower and should be treated as such."

Lamo, whose fame as a former outlaw computer hacker may have prompted Manning to contact him, said he doesn't regret turning him in. He said his actions may have prevented Manning from leaking more classified information.

In the chat logs, bradass87 told Lamo he hoped his leaks would provoke "worldwide discussion, debates and reforms." He said he didn't know how people would see him, as "`hacker, `cracker,' `hacktivist,' `leaker' or what. I'm just me, really."

But he rejected Lamo's suggestion he might be labeled a spy: "Spies don't post things up for the world to see."