USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   12 Civ. 1087 (DLC)
THE ASSOCIATED PRESS,                     :
                        Plaintiff,        :   PRETRIAL
                                          :   SCHEDULING ORDER
            -v-                           :
                                          :
MELTWATER U.S. HOLDINGS, INC.;            :
MELTWATER NEWS U.S., INC.; and            :
MELTWATER NEWS U.S. 1, INC.,              :
                                          :
                        Defendants.       :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on May 11, 2012, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties' proposed schedule for phase 1 of the litigation, which was appended to their joint letter of May 4, 2012, is adopted.

2.  No additional parties may be joined or pleadings amended after **July 6, 2012**.

3.  The parties are instructed to contact the chambers of Magistrate Judge Maas prior to **May 18, 2012**, in order to pursue settlement discussions under his supervision.

4.  The initial discovery period must be completed by **August 10, 2012**.

5.  The parties' opening motions will be served by the dates indicated below:

    -   Motions served by **September 12, 2012**.
    -   Opposition served by **October 10, 2012**.

- Reply served by **October 31, 2012.**

At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 14, 2012

                              _____
                                    DENISE COTE
                              United States District Judge