UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THE ASSOCIATED PRESS,

                Plaintiff,

   - against -

MELTWATER U.S. HOLDINGS, INC.;
MELTWATER NEWS U.S., INC.; and
MELTWATER NEWS U.S. 1, INC.

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12 Civ. 1087(DLC)(FM)

ECF Case

**ORAL ARGUMENT REQUESTED**

## NOTICE OF MOTION FOR PLAINTIFF'S MOTION
## FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the attached declarations of Thomas Curley, dated November 5, 2012, Sue Cross, dated November 8, 2012, Joy Jones, dated November 6, 2012, Thomas Kent, dated November 6, 2012, Elizabeth A. McNamara, dated November 9, 2012, John D. Rizzo, dated November 7, 2012, and Keri McKenzie, dated November 7, 2012, together with the exhibits attached thereto, the accompanying Memorandum of Law of Plaintiff The Associated Press in Support of Its Motion for Summary Judgment on Its Copyright Infringement Claim, Plaintiff's Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried, and upon all prior pleadings and proceedings had herein, plaintiff The Associated Press ("AP") will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 15B, New York, New York 10007-1312, on January 11, 2013, or as soon thereafter as counsel may be heard, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting AP's motion for summary judgment against defendants Meltwater U.S. Holdings, Inc., Meltwater News U.S., Inc., and Meltwater

News US1, Inc. on AP's First Cause of Action for direct copyright infringement and AP's Fourth Cause of Action for a Declaratory Judgment in connection with the Registered Articles.

Pursuant to the Court's Order dated October 11, 2012, defendants' papers in opposition to plaintiffs' Motion for Summary Judgment shall be served on or before December 14, 2012, and plaintiff's reply papers shall be served on or before January 11, 2013.

Dated: New York, New York
November 9, 2012

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
Elizabeth A. McNamara
Linda Steinman
Alison B. Schary
Collin J. Peng-Sue

1633 Broadway – 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340

*Attorneys for Plaintiff The Associated Press*

TO:   Tonia Ouellette Klausner
Brian M. Willen
Catherine Grealis
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
1301 Avenue of the Americas – 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

David H. Kramer
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300

*Attorneys for Defendants*

DWT 20628417v1 0025295-000064