DAVID H. KRAMER (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 493-9300

TONIA OUELLETTE KLAUSNER
BRIAN M. WILLEN
CATHERINE GREALIS
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 497-7700

*Attorneys for the Defendants*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE ASSOCIATED PRESS,<br><br>     Plaintiff,<br><br>v.<br><br>MELTWATER U.S. HOLDINGS, INC.;<br>MELTWATER NEWS U.S., INC.; and<br>MELTWATER NEWS U.S. 1, INC.,<br><br>     Defendants. | CASE NO.: 2:12-CV-01087-DLC-FM<br>ECF CASE |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (i) Memorandum of Law in Support of Defendants' Motion for Summary Judgment; (ii) Defendants' Local Rule 56.1 Statement of Material Facts As To Which There Is No Genuine Issue To Be Tried; (iii) the Declaration of Catherine Grealis, dated November 9, 2012, and the exhibits attached thereto; (iv) the Declaration of Robert A. Glunt, dated November 9, 2012, and the exhibits attached thereto; (v) the Declaration of

Sara Saab, dated November 7, 2012, and the exhibits attached thereto; (vi) the Declaration of John Box, dated November 6, 2012, and the exhibits attached thereto; (vii) the Declaration of Cathy Lawhon dated October 1, 2012, and the exhibit attached thereto; (viii) the Declaration of Nick Fuller dated November 7, 2012, (ix) the Declaration of Brock N. Meeks dated October 15, 2012; and (x) all papers and pleadings previously filed herein;

Defendants Meltwater US Holdings Inc., Meltwater News US Inc., and Meltwater News US1 Inc. ("Defendants"), by their undersigned counsel, will and hereby do move this Court, before the Honorable Denise L. Cote, United States District Judge, at the Unites States District Court, 500 Pearl Street, New York, New York, on a date and time to be designated by the Court, for an Order, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, that (i) Defendants are entitled to summary judgment on the claims asserted in the Amended Complaint filed by The Associated Press ("AP") on July 13, 2012 for Copyright Infringement (First Cause of Action), Contributory Copyright Infringement (Second Cause of Action), Vicarious Copyright Infringement (Third Cause of Action), and Declaratory Judgment (Fourth Causes of Action); and (ii) granting Defendants such other and further relief as this Court deems just and proper.

                              Respectfully submitted,

Dated:  November 9, 2012       WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation

                                        By:  _____
                                        TONIA OUELLETTE KLAUSNER
                                        BRIAN M. WILLEN
                                        CATHERINE GREALIS
                                        1301 Avenue of the Americas, 40th Floor
                                        New York, New York  10019
                                        Telephone:  (212) 497-7700

                                        DAVID H. KRAMER (admitted *pro hac vice*)
                                        650 Page Mill Road
                                        Palo Alto, California 94304
                                        Telephone:  (650) 493-9300

                                        *Attorneys for the Defendants*