Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION



650 Page Mill Road
Palo Alto, CA 94304-1050
PHONE 650.493.9300
FAX 650.493.6811
www.wsgr.com

**MEMO ENDORSED**

December 20, 2012

**BY ELECTRONIC MAIL**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re: *The Associated Press v. Meltwater US Holdings Inc. et al.*
Case No.: 12 Civ. 1087 (DLC)

Dear Judge Cote:

Meltwater writes to briefly respond to the letter submitted yesterday by The Associated Press ("AP") regarding prospective amici in this matter.

Meltwater defers entirely to the Court regarding amicus briefs. We note, however, that the schedule for amici that AP proposes (under which prospective amici could seek leave to file briefs no earlier than six weeks from the public filing of the record) would mean that neither party would have the opportunity to address any amicus argument in their respective reply briefs (which are currently due on January 11). We suggest instead that any amici submit their papers by January 4 or that the deadline for reply briefs be extended until after any deadline imposed on amici.

Respectfully submitted,

s/ David H. Kramer
David H. Kramer

*Counsel of Record for Meltwater*

Enclosure
cc:   AP counsel

*Any amicus briefs that the Court agrees to accept should be filed no earlier than 1/18/13.*

*Denise Cote*
*Dec. 21, 2012*