



27th Floor
1633 Broadway
New York, NY 10019-6708

Elizabeth A. McNamara
212-603-6437 tel
212-489-8340 fax

lizmcnamara@dwt.com

December 19, 2012

**VIA ELECTRONIC MAIL**

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

    Re:   *The Associated Press v. Meltwater U.S. Holdings, Inc., et al,*
          **Civ. No. 1:12-01087 (DLC) (FM)**

Dear Judge Cote:

    I write to briefly follow-up on one point after the conference today.

    In our December 17, 2012 letter, we asked the Court to rule that no amici may file a motion to file an amicus brief – or an amicus submission – when their knowledge of the action is based on receipt of documents sealed by the Court. We understand that the Computer and Communications Industry Association ("CCIA") and Electronic Frontier Foundation ("EFF"), in association with the Stanford Fair Use Project, plan to seek leave to file amicus briefs this Friday, December 21, 2012 and will do so based on receipt of the sealed briefs about month ago.

    While AP generally does not object to amicus briefs in this action, entities that may wish to file amicus briefs supporting AP's position have not had an opportunity to determine interest because the briefs were all under seal. We respectfully ask the Court to prohibit the filing of amicus briefs from the above entities (or any others that received sealed documents). In the alternative, we respectfully ask that any such filings be adjourned to a later date, with filings being made no earlier than six weeks from the public filing of the record. This would allow all interested parties to proceed on the same footing.

                                              Respectfully yours,

                                              Elizabeth A. McNamara

cc:    David H. Kramer, Esq.
        Tonia O. Klausner, Esq.

DWT 20844953v1 0025295-000064

| Anchorage | New York | Seattle | |
|---|---|---|---|
| Bellevue | Portland | Shanghai | |
| Los Angeles | San Francisco | Washington, D.C. | www.dwt.com |