Exhibit 7

# This document was produced in native format.

Attorneys Eyes Only

AP0009320

# Digital Overview

*AP Board of Directors*

*Park City, Utah*

*July 2005*

**AP** Associated Press

The essential global news network

# The Online Shift

## Half of home users and 80% of work users in U.S. have broadband connections

**Associated Press**

Private and Confidential

# The Online Shift

## Nearly a quarter of newspaper readers use the online edition

Private and Confidential

3

**A|P** Associated Press

# The Online Shift

## AP newspaper and broadcast sites reach 295 million unique visitors each month

**Associated Press**

# The Online Shift

Local newspaper and broadcast
Web sites generated more than
$1 billion in revenue in 2004

**Associated Press**

Private and Confidential

# The Online Shift

REDACTED

## AP has generated nearly
in net new revenue from commercial
online licenses since 1996

**AP** Associated Press

# The Online Shift

*The New York Times* will begin charging for selected content this fall

Private and Confidential

7

**Associated Press**

# The Online Shift

## *The Washington Post* last week began inserting ads into its RSS feeds

Private and Confidential

Associated Press

# The Online Shift

## Lexis-Nexis and Factiva, WSJ, FT, Consumer Reports will use Yahoo search to attract subscribers

**Associated Press**

Private and Confidential

# The Online Shift

## What's going on?

Private and Confidential

**Associated Press**

# The New York Times
### ON THE WEB

The New York Times
Home delivery.
Two weeks
FREE!

UPDATED THURSDAY, JULY 14, 2005 5:52 PM ET   |   New York: Mostly Sunny 82°F

SEARCH SPONSORED BY   HARRIS•direct

Site Search:   ▸ Go to Advanced Search/Archive

NYT Since 1996 ⊕   **Search**

New York, Mostly Sunny 82°F

EXECUTIVE/MBA
APPLY NOW
COLUMBIA
BUSINESS
SCHOOL
NEW YORK   SAN FRANCISCO   LONDON
▸ GO TO MEMBER CENTER   ▸ LOG OUT
Welcome, aplmk

## As Police Search for Clues, Britain Pauses to Mourn

By ALAN COWELL 5:22 PM ET

London held a moment of silence for its victims, now estimated to number 53, and police identified one of the suspects.

- Video: A Moment to Mourn
- Interactive Feature | Complete Coverage

## Homeland Security Chief Defends Emphasis on Airline Safety

By THE ASSOCIATED PRESS 5:00 PM ET

Secretary Michael Chertoff defended the emphasis on protecting aviation over mass transit in federal anti-terrorism budgets.

## NASA Still Eyes July Liftoff, Pending Finding on Faulty Sensor

By JOHN SCHWARTZ and WARREN E. LEARY 4:36 PM ET

NASA said today that it would not try to launch the space shuttle Discovery until it had finished investigating a malfunction.

## One-Story Building Collapses Into Busy Block of Manhattan

By JENNIFER BAYOT and TIMOTHY WILLIAMS 2:49 PM ET

A handful of people waiting at an Upper West Side bus stop were swept toward today in



☑ Enlarge This Image

Barton Silverman/The New York Times

**Big Guy, Big Numbers.** Pitchers, especially in pinstripes, have a hard time fooling Boston's David Ortiz (7 p.m. ET start). Go to Article

- Today's Home Page Images

**BUSINESS**
Nasdaq Ends at 2005 High

**ARTS**
ABC Piles Emmy Nods

**SPORTS**
- Tiger Woods Tops Leaderboard
- Wie Advances to 3rd Round



## Real Estate

**Where the Birds Are.** Dauphin Island, Ala., a coastal town known for its variety of birds, offers vacation homes near sanctuaries.

- Go to Real Estate

## Editorials/Op-Ed
▸ VIDEO FEATURE

**North Korea's Juche Tower.** Nicholas D. Kristof learns about a monument to self-reliance in Pyongyang.

- Columnist Page
- Next: Pyongyang Noodles

## Thursday Styles


A world
of reasons
to go.
nytimes.com/travel

JOB MARKET
NEW
REAL ESTATE
AUTOS

NEWS
International
National
Washington
New York/Region
Business
Technology
Science
Health
Sports
Education
Weather
Obituaries
NYT Front Page
Corrections

OPINION
Editorials/Op-Ed
Readers' Opinions
The Public Editor

FEATURES
Arts
Books
Movies
Theater
Travel
NYC Guide
Dining & Wine
Home & Garden
Fashion & Style
Crosswords/Games
Cartoons
Magazine
Week in Review
Multimedia/Photos
Learning Network



Search ⊙ Powered by ZDNet800⏐ ⊙ Click to personalize your weather forecast

Weather report
sponsored by | USA TODAY Marketplace

Classifieds: Cars | Jobs | superbuilder | Dating e-Harmony.com

Triple sunset:
planet discovered
in 3 star system

News
Travel
Money
Sports
Life
Tech
Weather

07/14/2005 · Updated 05:49 PM ET

**Essentials**

Scores
News briefs
People
Today in the Sky
Day in Pictures
Video
Archives
Print edition
Subscribe
Contact us

London bombers identified
Victims honored and remembered



**Best Bets**

Chat transcripts
· Final Word
· NFL preview
· Baseball

Travel deals
· Would you pay $33
for extra legroom?
· Summer family trips
for every budget

Weather
Today: Midwest, South:
record heat in
Southwest. Check our
dynamic forecasts

# Longer shuttle delay likely

## No launch attempt until at least Sunday

Story | Special section: Return to space

**Latest headlines**

**S&P 500 at four-year high** Nasdaq reaches 2005 high point.

**CIA agent's husband: Fire Rove** Leak an 'abuse of power.'

**Catholic bishop killed** Shot to death in Kenya, Vatican says.

**Rehnquist leaves hospital** Chief Justice recovering from fever.

**'Housewives', 'Grace' lead Emmy nods** Each earn 15. List

More news

**Markets**
As of 4:30 PM ET

| | | | |
|---|---|---|---|
| DOW | 10,628.89 | ▲ | 71.50 |
| NASDAQ | 2,152.82 | ▲ | 8.71 |
| S&P 500 | 1,226.50 | ▲ | 3.21 |

© BigCharts.com

Quick Quote ⊙
View portfolio | Latest market report

**Nation**

**6 hurt in Manhattan building collapse** Firefighters sift through rubble, aiding 5 victims, including 7-month-old; none said missing.

Advertisement

Enter for your chance to win
the Fantastic 4 game package.
Details

SAMSUNG

# washingtonpost.com

Hello jkennedy
Edit Profile | Sign Out
Sign In | Register Now

PRINT EDITION | Subscribe to The Washington Post

| NEWS | OPINION | SPORTS | ARTS & LIVING | Discussions | Photos & Video | Entertainment Guide | CLASSIFIEDS | JOBS | CARS | REAL ESTATE |

SEARCH: ⊙ News ⊙ Web         [          ] go   powered by YAHOO! SEARCH   Top 20 E-mailed Articles

## RSS Feeds

### Current washingtonpost.com RSS news feed topics:

Over 125 RSS feeds now available - click on the links below to view RSS news feeds by topic.

Top News          Health
Politics          Education
Nation            Real Estate
World             Opinion
Metro             Sports
Style             Arts & Living
Business          Newsweek
Technology

What is RSS?
What tools do I need to use RSS?
What are the benefits of using RSS?
How can I sign up to RSS feeds
from washingtonpost.com?

Top News
XML Top News
XML Today's Washington Post - Front Page

Back to top

Politics
XML Politics
XML Federal Page
XML 2004 Election
XML Congress
XML Bush Administration
XML Stephen Barr - Federal Page
XML Al Kamen - in the Loop
XML Dana Milbank - Washington Sketch
XML Judy Sarasohn - Special Interests



# Chicago Tribune

SUBSCRIBER ADVANTAGE
The day's top stories
e-mailed to subscribers

Please register or log in

Subscribers:
Get the Advantage

88 F

NEWS | SPORTS | ENTERTAINMENT | BUSINESS | HOMES | JOBS | CARS | SHOPPING | PLACE AD | NEWSPAPER SERVICES

Search:

⊙ chicagotribune.com   ⊙ Web enhanced by Google

Seven-day forecast

July 18, 2005

Updated 11:44 AM CDT

**2 charged with posing as cops**
One allegedly pretended to enforce
Chicago's new cell-phone ban.
• Cops shoot teen fleeing gunfight
• Top cop: Traffic stop 'unfortunate'

Iraq charges Saddam Hussein
A September trial is possible for

anti-terror laws
vis

nly hits | Photos

ark killer

auctioned

What's in it for you?

**Chicago Tribune**
SUBSCRIBER ADVANTAGE
Free to subscribers

Heat relief short-lived
Skiing | Forecast | Traffic

Photos of the day

News | Tour de France
Sponsored by Ritz Camera

Learn. Breathe. Repeat.

daily fit ideas for a healthy life at "Ask the Baby-Trainer."
>>click here

Voyeuristic view

Classified
Find a job
Find a car
Find real estate
Rent an apartment
Find a mortgage
Dating
Pets
Place an ad

Shopping
Sales & deals
Shopping news
Yellow pages
Grocery coupons

News | Opinion
Local News
Nation/World News
Columnists
Special Reports
Multimedia
Obituaries
Corrections

Weather | Traffic
Skiing's forecast
Chicago-area radar

Business | Tech
Sports
Travel
Health
Education
Leisure
Food
Entertainment

Today's Paper
In the Community
Registration
Subscription
Contact us

Get your
first TEN
4x6 prints
FREE!

Chicago Tribune

More headlines

Tiger coasts to historic major
Tiger Woods wins the British Open, giving him his 10th major victory — edging any
of Jack Nicklaus' record.
Posted July 18, 2005

Related content:
• Gallery (5)

More photos: [ 1 Tiger coasts to historic major ]

# abc NEWS

July 18, 2005 | Get Your Local News and Weather

Search ABC News and the Web  [Go]

GOOD MORNING AMERICA | WORLD NEWS TONIGHT | WORLD NEWS NOW | 20/20 | PRIMETIME LIVE | NIGHTLINE | WORLD NEWS NOW | THIS WEEK

**Home**
- U.S.
- International
- Business
- Technology & Science
- Health
- Entertainment
- Politics
- ESPN Sports

## Hurricane Emily Lashes Yucatan Peninsula

Hurricane Emily Slams Into Yucatan Peninsula; No Deaths Reported From Storm's Landfall

By MARK STEVENSON Associated Press Writer

*Associated Press*

PLAYA DEL CARMEN, Mexico Jul 18, 2005 — Hurricane Emily slammed into Mexico's Yucatan Peninsula early Monday as a powerful Category 4 storm, snapping concrete utility poles with its winds of 135 mph and punishing waves along the region's famous white-sand beaches.

The National Hurricane Center in Miami said Emily made landfall near Tulum 100 miles south of Cancun. The northern eyewall where the worst weather would be expected passed directly over Cozumel, it said.

No deaths were immediately reported from the storm's landfall. Emily earlier was blamed for four deaths in Jamaica, and two helicopter pilots were killed Sunday while attempting to evacuate an oil rig off the Mexican coast in high winds.

A Mexican state police officer struggles against heavy winds and blowing sand as he attempts to get into his vehicle in the resort city of 2005, Mexico on Sunday July 17. Emily, now a dangerous Category 4 hurricane, tore through Mexico streamed out of beachside hotels and toured more than a dozen resort areas with 145 mph winds after sideswiping Jamaica, where four people were swept away in a car. (AP Photo/Jose Luis Magana)

## BUSINESS
- New Potter Book Breaks Sales Records
- A Livelihood on the Water at Risk

## TECHNOLOGY
- Non-English Domain Names Likely Delayed
- TiVo Wants You to Watch Commercials

- Message Boards
- RSS Headlines
- NEW: Podcasts



## Emily Slams Mexico's Coastline

As the powerful Category 4 Hurricane Emily slammed into Mexico's famous resort areas on the Yucatan Peninsula with 135 mph winds and damaging waves, tourists rode it out in sweltering schools and hotel ballrooms.

Related: More Weather News
Video: Preparing for Landfall

...de Million in ...able
...e recent London ...a wake-up call ...n countries and ...tes that suicide ...not as far ...me have ...ondon tragedy ...s a model for ...open here,

...on Blasts: Full ...ity Concerns? ...hite House Aide

### POLITICS

### Bush: Will Fire Anyone Who Broke Law

President Bush says that if anyone on his staff committed a crime in the CIA leak case, that person will be fired. This comment comes as questions swirl about a Time magazine reporter's discussions with Vice President Dick Cheney's top aide and with President Bush's senior adviser Karl Rove.

Related: Beltway Whodunit: An Agent, a Secret and (at Least One) Big Mouth

## hooking up
- Meet the Ladies Looking for Love

[VIDEO]

Click Here for Free Video

Preparing for Landfall
Hurricane Emily expected to build in strength as it heads for the Gulf Coast.

ABC NEWS NOW



# CNN.com
WITH FREE VIDEO

International Edition | Netscape

MAKE CNN.com YOUR HOME PAGE

| Member Services |

Refinance Rates | Bad Credit Mortgage | Home Equity Loans | NexTag | GO

## Bad Credit Refinance Rates for July 15, 2005

Powered by YAHOO! search

[ SEARCH ]

SEARCH
THE WEB  CNN.com

### SEARCH
- Home Page
- World
- U.S.
- Weather
- Business at CNN/Money
- Sports at SI.com
- Politics
- Law
- Technology
- Science & Space
- Health
- Entertainment
- Travel
- Education
- Special Reports
- Video NOW FREE
- Autos with Edmunds.com

### SERVICES
- E-mail Newsletters
- Your E-mail Alerts
- RSS
- CNNtoGO
- Contact Us

THE CADILLAC STS
Experience it now ›

Updated: 9:44 a.m. EDT (13:44 GMT), July 15, 2005

## Cairo police hold man in London terror bombings

AP PHOTO

Cairo police are holding a man sought for questioning in connection with the London terrorist bombings, Egyptian security sources said today. Biochemist Magdy El-Nashar was detained Thursday night at the city's airport, the sources said.

**FULL STORY**
- Watch Free: London facing 'new reality'
- Gallery: Raids in terror probe
- Special Report: London Terror
- Watch Free: A city falls silent

### MORE NEWS
- Watch Free: Video news hourly updates
- Rehnquist says he's staying on | Watch Free
- Hurricane Emily aims at Jamaica | Projected Path
- Source: Rove said media told him of agent | Watch Free
- SI.com: Thor holds on to Open lead | Watch Free
- San Clinton seeks video game sex scene probe
- CNN/Money: Network accused of Live 8 indecency
- SI.com: Plea deal struck in steroids scandal
- Harry Potter is here again | Potter guide

WATCH FREE VIDEO



Stuck on stupidity? (1:43)

Police release video in shootout (1:41)

Now in The News (8:44 a.m. ET): Your quick news update

Featured Video | More Video Picks

### BUSINESS at CNN/Money

**Markets:** As of close Jul 14

| | | | |
|---|---|---|---|
| DOW | ▲ | 71.50 | 10,628.89 |
| NAS | ▲ | 8.71 | 2,152.82 |
| S&P | ▲ | 3.21 | 1,226.50 |

$16 charts.com

Enter Symbol: [      ] [ GET ]

### ON CNN TV    Schedule ›

**American Morning**
The story of a teen killed for his iPod is giving some music lovers the jitters. We'll tell you how to avoid becoming a target.

Tune In: 10:00 a.m. ET

Most Popular ›

Browse/Search

# DallasNews.com

## The Dallas Morning News

Dallas, Texas
Friday, July 15, 2005, 10:43 a.m.

Welcome, Visitor!
Email Newsletters

T··Mobile··

GET YOUR HOME ‹ ›

Customize | Make This Your Home Page

Search Site — Go
Search Archive — Go
News/Home
Local
SportsDay
Business &
Technology
Arts &
Entertainment
GuideLive
Texas Living
Opinion
Weather
Classifieds
Texas/Southwest
Texas Legislature
Washington/Politics
Nation
World
Obituaries
Religion
Travel
Press Room
Photography
Pets
Columnists
DallasNews.com/extra
Special Report
Automotive
Lottery
Corrections
Historical Archives
News Feeds/RSS
SMS Alerts
Subscriber Services

NEWS

WEATHER

Now: Clear, 79° F

| Fri | Sat | Sun | Mon | Tue |
|-----|-----|-----|-----|-----|
| 76 | 94 | 94 | 95 | 98 |
| 74 | 74 | 75 | 76 | 77 |

Current Ozone Level

Live Doppler Radar

### 134th British Open
- Nichols: Woods at home at St. Andrews
- Notebook | Interactive guide
- Leaderboard (from official site)

## Family on both sides of district's demise

Pinkie Mae Gardner is the only surviving member of the first and only graduating class of the Wilmer-Hutchins Colored High School. She's a visible link to the district's segregated past, when blacks were servants and sharecroppers, not superintendents and school board presidents. Which is why it's awkward that her granddaughter, Saundra King, is one of the people in charge of shutting down the district.

- DISD would keep high school closed
- TEA trying to sell campuses

▶Story


MICHAEL AINSWORTH/DMN
Of the eight students who graduated from Wilmer-Hutchins Colored High School in 1939, Pinkie Mae Gardner is the only one still alive.

AP Headline Hurricane Emily Blows Through Grenada

### The Week in Photos
Jack the Hat Guy, honoring Rusty Greer, damage from Dennis and more

### Making book history
Latest Potter fan conjures up largest first run ever
- Predictions | Party spots



It's July. So what else is hot?

Business and Technology

▶VW tackles problems
▶Inflation at wholesale level absent in June

Stock Center

News Now

▶Parkland jail tasks: fix and fund
▶Fixed pipe brings relief for Collin County
▶Former mayor won't go without fight
▶Mother fends off carjacker
▶School bus drivers train for terrorism
▶I'm not retiring, Rehnquist says.
▶Chemist arrested in bombing probe
- More News
- Desktop News
- Most e-mailed

Sports

### Sports Say
The bloggers talk about their favorite stadiums in college and professional sports



▶Rangers hitters fail to get an A in 6-0 loss
▶Stars eager to get back to their jobs






POWER E*TRADE
GET 100
COMMISSION-
FREE TRADES
STOCK & OPTIONS

Wow.

Be E*traordinary

→ GET POWER TODAY

E*TRADE SECURITIES LLC

# DenverPost.com

HOME | 2005 | NEWS | CLASSIFIEDS | JOBS | HOMES | CARS | DEALS

July 15, 2005
Denver, CO

☐ Link To Article   🖨 Print Article   ✉ Email Article

Article Launched: 05/06/2005 02:40:00 AM

## LATEST HEADLINES FROM THE WIRES

- **Chemist denies any role in London attacks**
- **Rehnquist pledges to remain on top court**
- **Court: Military panels to try detainees**
- **Gaza gunbattle, airstrikes leave 7 dead**
- **Sunday looking unlikely for shuttle launch**
- **Rove learned CIA agent's name from Novak**
- **June industrial production roars ahead**
- **U.N. panel presents 4 internet options**
- **Diaz wasn't ashamed of topless photos**
- **Tiger Woods 8 under par at British Open**

Advertisement



Join Kaplan for FREE
Law School Edge Seminars

Meet with a panel
of experts and get:

- Admission tips
- Advice on succeeding in school
- Guidance on crafting a winning application
- Career advice from pros in the field

Register today →

KAPLAN
Test Prep and Admissions

**NEWS**
- BLOGHOUSE
- BUSINESS
- COLUMNISTS
- FRONT PAGE
- LOCAL NEWS
- NATION/WORLD
- Technology
- War & Security
- OBITUARIES
- PODCASTS
- POLITICS
- SPECIAL REPORTS
- WEATHER

**FEATURES**
- COLUMNISTS
- COMICS
- ENTERTAINMENT
- FOOD & DINING
- HEALTH
- LIFESTYLES
- MOVIES
- TRAVEL
- TV LISTINGS

**OPINION**
- COLUMNISTS
- EDITORIALS
- LETTERS
- PERSPECTIVE
- KEEFE CARTOON
- MESSAGE BOARDS
- WRITE FOR US

**SPORTS**
- AVALANCHE / NHL
- BRONCOS / NFL
- COLLEGES
- COLUMNISTS
- CRUSH / AFL
- EXTREMES
- MAMMOTH / NLL
- NUGGETS / NBA
- OTHER SPORTS
- PREPS
- RAPIDS / MLS
- ROCKIES / MLB
- SCORES

**SERVICES**
- ABOUT US/HELP

**Other Nation/World stories**
- NEW: Car bombings target troops in Iraq
- Chemist arrested in London probe
- Spellings seeks better school reform
- Verdict in '64 killings spotlights other cases
- Kouris eyed as justice, Salazar told
- Organ donor in service to kin, country
- Bush touts blacks' gains on his watch
- Rove: Reporters ID'd CIA officer to him
- NEW: Sunday now shuttle target
- Bush daughter's return to spotlight
- Novel lack fights illegal immigration
- Abu Ghraib tactics were first used at Guantanamo
- Faulty gauge halts launch of Discovery
- Baghdad blast kills 27, injures dozens
- Police bullet killed tot used as shield
- Colo. senator lacks seniority for post
- Bush sends signal that Rove still safe
- Hometown left to grapple with bomber's legacy
- London bomber linked to al-Qaeda
- Kidnap suspect spied on Idaho kids
- GOP mounts united defense of Rove
- Blasts likely suicide attacks
- Lost Boys finding their way ...




**nj** .com

Everything Jersey

with News & Classifieds From: **The Times**

**n Local Jobs**
**...ealthcare**

Your source for local jobs and information in the Healthcare Industry

Find local real estate fast.
**CLICK HERE**

Enter Keyword(s) [ GO ► ]   | FIND A BUSINESS | Enter Keyword [ GO ► ]

→ SEARCH | Pick Newspaper ▼ | Enter Keyword(s) [ ♦ ]

Home | News+Biz | Local | Sports | Forums+Chat | Cams+Radio | Living | Entertainment



**NewsFlash**
UP-TO-THE-MINUTE AP NEWS REPORTS

Top Stories

- U.K. bomb probe focuses on chemist, Briton 5:56 p.m. ET
- Roman Catholic bishop is killed in Kenya 5:37 p.m. ET
- More Top Stories

## JERSEY + METRO

- Court gives death row inmate chance of a retrial 5:59 p.m. ET
- NJ College Tuition Glance 5:31 p.m. ET
- Democrats push for fresh Rove investigation, Senate vote 5:25 p.m. ET
- More Stories

## NATIONAL

- Ga. man, owing debts, shot postal worker 6:03 p.m. ET
- N.Y. jails ban forced exams for women 5:49 p.m. ET
- Cops: Woman had over 420 cats in two homes 5:49 p.m. ET
- More Stories

## WASHINGTON

- Questions and answers on Rove, CIA case 5:53 p.m. ET
- Missing JFK artifacts arrive at library 5:52 p.m. ET
- GOP leaders to weigh China trade bill 5:41 p.m. ET
- More Stories

### TODAY'S HOT TOPICS

**Iraq War:** Civilian deaths in Iraq exceed military 4:52 p.m. ET
**War on Terror:** U.K. bomb probe focuses on chemist, Briton 5:56 p.m. ET
**More:** Lottery Numbers ... News Of The Odd ...

### SPORTS

- Big 12, Big East to split duties in bowls 6:03 p.m. ET
- National League Standings 6:00 p.m. ET
- American League Standings 6:00 p.m. ET
- More Stories

Check out SportsFlash for more extensive sports coverage!

### POLITICS

- Embattled Detroit mayor trails in poll 10:13 a.m. ET
- Union leader: Labor can't just back Dems 4:24 p.m. ET
- Former Rep. Tim Roemer won't run vs. Lugar 11:41 p.m. ET
- More Stories



**CLASSIFIEDS**

*Get The Best Local...*

Jobs | Autos | Real Estate

All Classifieds | Place An Ad

- Cool contests & giveaways!
- Search for Colleges and Schools
- Fun Guide: Things to do in NJ
- Autos: Free price quote on new vehicles

**CAR OF THE WEEK**

2005 Ford Focus
**Click for Details**
◆ View Used Cars for This Make
◆ Search All Models

**nj** .com

**VISIT OUR ADVERTISERS**

>> ► Got Debt? We can help. Contact Coast to Coast Mortgage today!
>> ► Horizon Blue Cross Blue Shield of NJ - Making Healthcare Work
>> ► Coast to Coast Mortgage presents the Pick Your Payment Mortgage



tucson.com

SEARCH TUCSON | ARIZONA DAILY STAR | TUCSON CITIZEN | CARS | JOBS | HOMES | RENTALS | CLASSIFIEDS | OBITUARIES

eHarmony®

Click here per match
for your perso

Tucson weather
View Forecast
Hear KGUN9 Forecast
LIVE Tucson TRAFFIC Cams
Text Size S M L

Arizona Daily Star™

www.dailystar.com™    ©www.azstarnet.com™

HOME · ENTERTAINMENT · HEALTH · FEATURES · BUSINESS · EVENT CALENDAR · SPORTS · UA SPORTS · SITEMAP

SEARCH THE STAR:
○ 7 day
○ Star Archive
○ Classifieds
[Search]

Arizona Daily Star™

Download PDF

All Headlines
Mobile Edition
Front Page

Tucson, Arizona | Published: 07.15.2005

Today | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday

◄ back

## Section: News

# Regional Briefing

◆ enlarge image

**Ric Francis / The Associated Press**

Remembering Suzie Eight-year-old Brenda Cabrera, left, helps her aunt, Sandra Claros, right, light candles at a memorial for 19-month-old Suzie Maria Peña in the Watts section of Los Angeles. Suzie was killed Sunday in a shootout between police and her father, who also died.

**CALIFORNIA**

**Scandal-plagued lawmaker won't run**

SAN MARCOS - Rep. Randy "Duke" Cunningham, a Vietnam fighter ace and eight-term GOP congressman brought low by a federal investigation into his dealings with a defense contractor, announced Thursday he will not seek re-election

*Another* TUCSON

(Flashing = current amber alert)
Click to sign up for alert now

RSS Visit other RealCities sites

Special Content:
LIVE! Traffic Cams
Flight Scanner
Police, Fire Scanner
Latest Traffic Incidents
StarNet Store
Fantasy Sports
Sports and Event Tickets
Salary & Cost of living calculators
Newspaper in

**sacbee**

*The Online Division of The Sacramento Bee*

**PressClub** MEMBER BENEFITS ☆ Bee subscribers can get special online benefits.

SIGN IN | SUBSCRIBE

| News | Sports | Business | Political | Opinion | Entertainment | Lifestyle | Travel | Women | Classified | Homes | Cars | Jobs | Shopping |

SEARCH SACBEE AND SACTICKET

Register Now to Read
SACBEE SACTICKET

SEARCH YELLOW PAGES AT Sacramento

Go! | Go! ↓ | YM |

**CALIFORNIA**
**Family Fitness**

"WHEN I GOT TWO A'S ON MY REPORT CARD,
MOM PUT IT ON THE FRONT PAGE OF SACBEE.COM"

**CELEBRATIONS**

SHARE LIFE'S PRICELESS ACHIEVEMENTS ON SACBEE.COM. ONLY 99 CENTS.

SUBSCRIBE: Internet Subscription Special

**SUBSCRIBE NOW!**
GET THE WEB SPECIAL BY CLICKING HERE!

🅖 **Sacbee** / 24-Hour State News

Sections:

**24-HOUR NEWS**
· State News
· State Business
· State Sports News

**PHOTO GALLERY**
· This Week in California

**Lottery Numbers**
Fantasy 5: 12, 16, 20, 24, 25

Daily 3 Midday: 7, 9, 6
Daily 3 Evening: 4, 7, 3

Daily Derby:
1st: 3 HG
2nd: 12 LC
3rd: 6 WW
Time: 1:41.54

Last 30 days of winning numbers

**Shopping**

**News**
A new you? Visit Sacbee's Connect Health section

Donuts up? No a chocolate aha

Cake: Zero a pop zero on calories, but not on taste

See Classifieds

# 24-Hour State News

*Monday, July 18, 2005*

## Ivy League student, 19, dies at shooting near Berkeley campus

BERKELEY, Calif. (AP) - The promise of an idealistic Ivy League student ended in a burst of gunfire here Sunday.

more »

## Immigrant workers attract attention from activists

They stand on street corners and in parking lots, waiting for builders or homeowners to drive by with an offer of a day's work cutting grass or nailing wallboard.



# RUTLAND ☆ HERALD

RUTLAND, VERMONT, U.S.A.

RUTLANDHERALD.COM

Friday
July 15, 2005

CLASSIFIEDS>>

Jobs
Autos
Real Estate

[ Search Articles ]   Advanced Search

NEWS/HOME>>

More Top News
Rutland County
Southern Vermont
State
Legislature 2005
Mail Monitor
Sports
High School Sports
Forums
Obituaries
Business
Calendar
Weather

OPINION>>

Editorials & Opinion
Commentary
Letters
Submit a Letter
Forums

FEATURES>>

People & Places
Get Real
Home & Garden

## STATE

🖼 POST A COMMENT

## Secretary of State: Clerk, treasurer election wouldn't stand up in court

*The Associated Press*
July 15, 2005

WESTMINSTER — The town's special election Tuesday for a clerk and treasurer would probably not stand a challenge in court, the secretary of state says.

Three women ran for the clerk-treasurer position and Secretary of State Deborah Markowitz said Wednesday the town should have listed the candidates in two separate sections on the ballot — one for clerk and one for treasurer.

Doreen Woodward, Marcy Lund Smith and Melinda Lawrence ran for the position, but their names were listed in one section for the combined position. Residents could not vote for each position separately.

The town officially combined the two jobs to save money years ago, but Markowitz said that Vermont law makes no provision for combining the posts, even though many towns combine the two jobs in their town halls. Markowitz said voters must elect someone for each position separately.

Penny Muzzey ran unopposed for eight years, and Markowitz said when there is only one candidate, it is less of an issue, though she said it is proper to list the two positions separately.

She said if more than one candidate is running, then voters need to be given the option of choosing between them.

One candidate can win for clerk, and another for treasurer, Markowitz said, but only if voters are given that option.

# The Gazette
## e-EDITION

Subscribe | E-Edition Questions & Answers | Contact Us



## The Gazette has gone digital!

Today's newspaper, in an electronic format, is here, and is free for our 7-day print subscribers. A web-only subscription is just $9.95 a month.

The e-edition has all of today's news pages, as well as editions for the past six days.

You can search for stories, obituaries and ads with the click of your mouse, and then email them to your friends and family.

All print subscribers who do not already have a Member ID and password and would like to access the e-edition can receive their free Member ID and password by registering at https://www.gazetteonline.com/secure/membership/reg/

Persons not subscribing to the print edition can purchase an online-only subscription to the e-edition at the same web address, https://www.gazetteonline.com/secure/membership/reg/.

Any difficulty registering for, accessing or using the edition should be reported to our Member Services staff at 319-398-8333 or 1-800-397-8333 or memberservices@gazetteonline.com.

Member ID: _____
Password: _____
☐ Remember login
[Sign In»] [»Help»]



Register for e-EDITION here



the comforts of home
with a comfortable fare

flysong.com

**Welcome**

- Make TBO your
  Home Page
- Advertise with us
- Web site feedback

**Contents**

- AP Breaking News
- AP Florida News
- AP en Español
- AP National News
- AP World
- AP Business
- AP Sports
- AP Health/Science
- AP Technology
- AP Entertainment
- AP Politics
- AP Audio
- Archive
- Wire Home
- News.TBO.com
- APTBO.com Home Page

**TBO.com Channels**

- News
- Weather
- Things to Do
- Sports
- AP en Español
- Traffic

Friday, July 15

## From The Associated Press:

AP News Search  

Jul 15, 8:59 AM EDT

# Rehnquist Says He'll Stay on Supreme Court

**By GINA HOLLAND**
**Associated Press Writer**

WASHINGTON (AP) — Chief Justice William H. Rehnquist's pledge to continue working despite his thyroid cancer leaves the White House with just one Supreme Court seat to fill, suddenly changing the dynamic of the summer confirmation battle.

The prospects of a double high court vacancy had much of Washington in a frenzy. Justice Sandra Day O'Connor announced earlier this month that she was stepping down, and the retirement of 80-year-old Rehnquist was thought to be next.

"I want to put to rest the speculation and unfounded rumors of my imminent retirement," Rehnquist said in a statement first disclosed by The Associated Press late Thursday and later confirmed by the court.

Rehnquist said he would "continue to perform my duties as chief justice as long as my health permits."

Richard Garnett, a Notre Dame law professor and former Rehnquist law clerk, said "the chief justice's decision liberates the president."

"The question mark that was hanging over the process is now gone", Garnett said. "President

YOUR SOURCE FOR OVER 10,000 BAY AREA CARS

car.
seeker

after inventory
SALE
75% off
Ladies Apparel

Dillard's

Advertisement

Bad Credit
Refinance


