Yahoo!  My Yahoo!  Mail

# YAHOO! NEWS

Welcome, apjmk
[Sign Out, My Account]

Search
the Web

Search

News Home - Help
Index

News Home | U.S. | Business | World | Entertainment | Sports | Tech | Politics | Science | Health | Most Popular

Photos | Opinion | Local News | Odd News | Comics | Weather | Full Coverage | Audio/Video

Search:                                  All News          Search   Advanced

## Dems Seek Probe on Rove Role in CIA Leak

AP - 50 minutes ago

WASHINGTON - Democrats stirred the pot Thursday in the case of presidential aide Karl Rove and the news leak that unmasked a CIA agent, pushing the issue toward the Senate floor, pressing for a congressional investigation and inviting the operative's husband to the Capitol to

accuse the White House of a "smear campaign."

🔲 Slideshow: CIA Leak Case

📹 Video: Bush Says He Won't Comment On Karl Rove's Role

**FULL COVERAGE**

RETURN TO FLIGHT

- The latest space shuttle news, photos and video.

» Shuttle Full Coverage

Shuttle News via RSS:

XML   MY YAHOO!

📰 **FULL COVERAGE**
- Space Shuttle
- Media Issues
- Corporate Governance
- London Bombings
- Iraq

» All Full Coverage

**PHOTO HIGHLIGHT**

Personalize News Home Page: Add/Remove News Categories | Change Layout | Weather

## Top Stories

AP | Reuters | AP | Los Angeles Times | USATODAY.com | CSMonitor.com | My Sources

- London Police Identify 4 Suicide Bombers  AP - 43 minutes ago
- NASA Could Attempt Shuttle Launch Sunday  AP - 1 hour, 10 minutes ago
- Suicide Bombers Strike Near Green Zone  AP - 1 hour, 11 minutes ago



Web MSNBC Search Alerts Newsletters RSS Help MSN Home Hotmail Sign In msn

MSNBC

MSNBC Home » U.S. News » The Changing Court

# Rehnquist insists he won't resign

## Supreme Court chief justice will stay, leaving Bush with just one court pick

U.S. News
WP.com Highlights
The Changing Court
Crime & Punishment
Terrorism & Security
Politics
Environment
Education
Race in America
Peculiar Postings
Only on MSNBC.com
U.S. News
World News
Business
Sports
Entertainment
Tech / Science
Health
Weather
Travel
Blogs Etc.
Local News
Newsweek
Multimedia
News Video
Most Popular

**AP Associated Press**
Updated: 12:23 p.m. ET July 15, 2005

WASHINGTON - Chief Justice William H. Rehnquist's pledge to continue working while battling thyroid cancer leaves the White House with just one Supreme Court seat to fill, suddenly changing the dynamic of the summer confirmation battle.

The prospects of a double high court vacancy had much of Washington in a frenzy. Justice Sandra Day O'Connor announced earlier this month that she was stepping down, and the retirement of 80-year-old Rehnquist was thought to be next.

"I want to put to rest the speculation and unfounded rumors of my imminent retirement," Rehnquist said in a statement first disclosed by The Associated Press late Thursday and later confirmed by the court.

Story continues below ↓

advertisement




FREE VIDEO



LAUNCH

• Top jurist staying put
July 15: Chief Justice William Rehnquist announces that he will continue heading the Supreme Court while battling thyroid cancer. NBC's Pete Williams has details.

Today show

SLIDE SHOW

• The life and career of Sandra Day O'Connor
See images from the retiring justice's



# The Online Shift

## Sites licensed to display AP content reach 573 million unique visitors each month

Associated Press

Private and Confidential

# So, What's the Problem?

## Technology continues to disrupt the marketplace

Private and Confidential

31

**Associated Press**

# Scraped and Searched

## The rise of "royalty-free" search and syndication threatens all content creators

Associated Press

Private and Confidential

# Google News BETA

[Go]

Web   Images   Groups   News   Froogle   Local   more »   Advanced news Search

(Search News) (Search the Web)

Search and browse 4,500 news sources updated continuously.

**▸Top Stories**

- World
- U.S.
- Business
- Sci/Tech
- Sports
- Entertainment
- Health

☑ News Alerts

About
Google News

## Top Stories [U.S.]

### Rove Would Lose Security Clearance Under Democrats' Plan
New York Times - 2 hours ago
WASHINGTON, July 14 - Senate Democrats tried to add to Republican discomfort over the presidential adviser Karl Rove today as they called for legislation to deny security clearances to officials who unmask undercover agents. ...
Getting Worried at the White House Washington Post
Bush Urged to Fire Rove in CIA Case The Moscow Times
Guardian Unlimited - The Moderate Voice - FOX News - MSNBC - all 2,611 related »

### Hurricane Emily Moves Into Caribbean, Gains Intensity (Update2)
Bloomberg - 37 minutes ago
July 14 (Bloomberg) -- Hurricane Emily blew off roofs and caused severe water damage on the island of Grenada before moving into the eastern Caribbean Sea, where it gained in intensity, Emily, with winds of ...
Hurricane Emily reaches Category 2 CNN International
Hurricane Emily bashes southeast Caribbean Islands Reuters
Wired News - Canada.com - USA Today - Voice of America - all 1,034 related »


Christian Science Monitor

Emily
KARE

**Customize this page**

Apple Powers Ahead, but Downplays Future MacNewsWorld - all 545 related »

No shuttle launch before Sunday - NASA Reuters.uk - all 3,706 related »

EIA reverses stance on Michelin teams
Houston Chronicle - all 168 related »

Harry Potter and the Embargo of Doom
Book Standard - all 665 related »

Tennessee Sisters Recovering From Burns
Washington Post - all 215 related »

**In The News**

Bernard Ebbers        Desperate Housewives
Karl Rove             Jack Nicklaus
Apple Computer        Gush Kalif
British Open          Brad Pitt
Patrick Vieira        Michelle Wie

---

## World »        edit

### Profiles of Men Suspected in London
Newsday - 2 hours ago
By The Associated Press. Shahzad Tanweer, 22, died in a suicide bomb attack on a subway train near Aldgate station, police say. Tanweer attended Leeds Metropolitan University, where he studied sports science and developed a special interest in cricket. ...
Police Release Photo of Suspected Bus Bomber Washington Post
Europe to honor blast victims CNN International
International Herald Tribune - Boston Globe - Age (Subscription) - Kansas City Star - all 2,285 related »


CBC

### Five Palestinians wounded in firefight

---

## U.S. »

### US Chief Justice Rehnquist Released From Hospital
Bloomberg - 1 hour ago
July 14 (Bloomberg) - US Chief Justice William H. Rehnquist, who thyroid cancer has made him the focus of Supreme Court retirement went home from the hospital two days after being admitted for a few ...
Chief Justice Discharged From Hospital Los Angeles Times
Rehnquist Leaves Hospital FOX News
Australian - San Francisco Chronicle - KATC - WAVY-TV - all 980

### Hard work still ahead for homeland defense
Christian Science Monitor - 3 hours ago
By Alexandra Marks | Staff writer of The Christian Science Monitor

# TOPIX.NET

Enter ZIP, City or News Search   [Search News]   Advanced Search

## News Front Page

**All Channels**
**Front Page**
Autos
Business
Entertainment
Gadgets
Health
Law
Local
Offbeat
Sci/Tech
Sports
Travel
US
World
**Recent Pages**
**My Searches**

About Topix.net
Advertise
Feedback
Headline Box
News Alerts
News Widgets
Random Page
Site Map

[MY YAHOO!] [newsgator]
[PLUS+] [furl] [bloglines]
[XML]

**Advertisers**
City Guides

News on 300,000 topics, from Autos to your ZIP code

### TOP STORIES



**Chemist sought in London probe arrested**
Tri-cityherald.com | 1 hour ago
Police in Egypt have arrested an Egyptian biochemist who studied in the United States, and authorities investigated a possible link between al-Qaida and the suicide team ... [»]
Topics: Europe, Africa, Asia, United Kingdom, Pakistan, World News, Egypt
Full Coverage: 23 stories

**Rehnquist not about to take his retirement**
Deseret News | 4 hours ago
WASHINGTON - Squelching rumors of his retirement, Chief Justice William H. Rehnquist said Thursday he will continue heading the Supreme Court despite his battle with thyroid ... [7.8]
Topics: US News, Health, Thyroid Cancer
Full Coverage: 17 stories

**A clash of cash, family values**
St. Petersburg Times | 3 hours ago
Companies linked to Penthouse donated thousands to Tom Gallagher's gubernatorial campaign. [5.9]
Topics: Boca Raton
Full Coverage: 9 stories

### BREAKING NEWS



**Manhunt Continues for Chicago Escapee**
WRDE Indianapolis | 23 minutes ago
A wide-reaching manhunt continues for Chicago jail escapee Randy Rencher who apparently pulled his second bank robbery while on the run. [4.5]
2 more stories

**Two Hamas members killed in explosion**
Bakersfield Californian | 1 hour ago
Two members of the Hamas militant group were killed in a Friday explosion in the West Bank, and Palestinian security officials said the two men were hit during an Israeli ... [6.5]
Topics: California, Israel, World News, Middle East
3 more stories



**Emily strengthens to category 4 storm**
Lubbock Avalanche | 2 hours ago
In this enhanced satellite image released by NOAA and collected at 145 a.m. EDT, Hurricane Emily is shown in the eastern Caribbean. [6]
Topics: Weather, Central America, World News, Haiti, Grenada
11 more stories

**Car Bombs Target U.S., Iraqi Troops**
Yahoo! | 2 hours ago
A series of car bombs targeted American and Iraqi troops in the capital Friday, a day after security

---

**Ads by Google**

**Performance Mgmt Solution**
Get productive employees! We implementation.
www.SuccessFactors.com/Perfo

**Performance Management**
Cost effective, flexible solution enterprise.
www.InformationBuilders.com

**Become an Entrepreneur**
Learn to earn $200,000 to $30 home!
www.oneyearplan.net/

**Accredited Online MBA**
Top MBA Program-100% Onli Start Now!
www.MBA.regis.com

**TOPIX.NET LAUNCH**
Local News for 4,200 Ca
Search [City name, ]

LIVE



**Federal officials take sta Canadian cattle**
WXII-TV East Syracuse - 1 minute
**Former NBA resident rec**
Jonesboro Sun - 1 minute ago
**Police Know the Driver c**
WandsU.com - 1 minute ago
**Search Continues for Me**
Olsonessa.netscape.com - 1 minute a
**Escaped Inmate May H**
KOEV-TV Sacramento - 1 minute ago
**Death in Trash Truck**
Represent.direct.com - 1 minute ago
**WBAL a Journal of Hip-+**
KVOA-TV Tucson - 1 minute ago
**Iowa's Vilsack to head** Ving Yang Explains Orig Song'

# TOPIX.NET

Enter ZIP, City or News Search    Search News    Advanced Search

## Little Rock News

Local news for Little Rock, AR continually updated from thousands of sources on the web.

**All Channels**
**Front Page**
**Autos** 4
**Business** 4
**Entertainment** 4
**Gadgets**
**Health** 4
**Law**
**Local** 4
**Offbeat** 4
**Sci/Tech** 4
**Sports** 4
**Travel** 4
**US** 4
**World** 4
**Recent Pages** 4
**My Searches** 4

**Little Rock...**
**Autos**
**Business**
**Events**
**Hotels**
**Jobs**
**Obituaries**
**Real Estate**
**Restaurants**
**Weather**

**About Topix.net**
**Advertise**
**Aerial Photo**
**Archived Articles**
**Census Info**
**Find a Contractor**
**Feedback**

### University of Baghdad professors visit UALR
WMC | 1 hour ago
LITTLE ROCK Four faculty members from the University of Baghdad are in Arkansas this week, visiting with officials from the University of Arkansas at Little Rock. [23]
Topics: World News, Middle East, Iraq

### ACLU Applauds School Board Vote to Remove Evolution Disclaimers from Science Textbooks
Kansas City InfoZine | 4 hours ago
The American Civil Liberties Union yesterday applauded the Beebe School District for formally voting to remove the stickers it had placed in science textbooks undermining the validity of evolution and ... [31]
Topics: Education Etc., ACLU, Beebe

### Five Reasons to Pick Hopkins; Five Reasons to Pick Taylor
Secondsout.com | 5 hours ago
By Patrick Kehoe: World middleweight champion Bernard Hopkins of Philadelphia takes on top contender and heir apparent Jermain Taylor of Little Rock, Arkansas, on Saturday night at the MGM Grand, in Las Vegas ... [38]



### Traffic stop turns violent
KLRT Little Rock | 9 hours ago
It began with a routine traffic stop near the Clinton Library. It ended with one person shot at a church in North Little Rock. [37]
Topics: Auto Accidents

### Little Rock Police Shoot Suspect After Chase
KTHV | 9 hours ago
They chased him from Little Rock to 23rd and Franklin in North Little Rock. Sergeant Terry Hastings of the Little Rock Police Department says, a ceAt about 2:07 our radio made a broadcast of a vehicle driving ... [43]
Topics: Auto Accidents
2 more stories



TICKET solutions.com  **800.481.6806**

| | |
|---|---|
| **St Louis Rams vs Chicago Bears** Edward Jones Dome on Aug 12, 2005 | **Dallas Cowboys vs Washington Redskins** Texas Stadium on Sep 19, 2005 |
| **Dallas Cowboys vs Houston Texans** Texas Stadium on Aug 27, 2005 | **St Louis Rams vs Tennessee Titans** Edward Jones Dome on Sep 25, 2005 |
| **Dallas Cowboys vs Jacksonville Jaguars** Texas Stadium on Sep 1, 2005 | **St Louis Rams vs Seattle Seahawks** Edward Jones Dome on Oct 9, 2005 |

**Ads by Google**

**Little Rock, Arkansas**
State capital is home of Central HS museums, River Market, hotels & zoo
www.arkansas.com

**Little rock ar**
View Homes for Sale
Nationwide! MLS, new homes, & foreclosures.
www.HomeListings-USA.com

**Little Rock Homes**
See A Complete List Of Local Homes For Sale ~ Get More Information Now
www.HomeGain.com

**View Homes For Sale**
Free Updated Real Estate Listings Realty Access To The MLS
Home_QuickPickProperty.com

**AR Apartments**
Detailed Listings, Photos & More on ForRent.com. Find it Here!
www.ForRent.com

# All Headline News™

TOP STORIES | BUSINESS | ENTERTAINMENT | HEALTH | OFFBEAT | POLITICS | SPORTS | TECHNOLOGY | WORLD

News For Your Site | Client Login | News Tip | Contact

Los Angeles Fri 0211 | New York Fri 0511 | London Fri 10:11 | Moscow Fri 13:11 | Beijing Sat 01:11 | Tokyo Sat 02:11

[iNews] [Search] More News Categories...

## Top News and Headlines

XML

### BALCO Founder Admits To Steroid Distribution

The founder of a company at the center of the steroid scandal marring top athletes, decides to plead guilty to steroid distribution and money laundering as part of a plea deal.

According to attorneys, Victor Conte, founder of Bay Area Laboratory Co-Operative, (BALCO), plans to ask a judge for four months imprisonment and four months of home detention.

* **Jamaica a hurricane target once again**
  reuters.com - 1 minute ago

* **UK bomber met Islamabad church bomber in '03-source**
  reuters.com - 1 minute ago

* **U.S. forces kill 24 militants in Pakistan**
  reuters.com - 1 minute ago

* **US appeals court says Guantanamo trial can proceed**
  reuters.com - 1 minute ago

* **Israel kills 5 Hamas gunmen as violence surges**
  reuters.com - 1 minute ago

* **UK bomb probe widens to Egypt, Pakistan**
  reuters.com - 1 minute ago

* **Nine suicide bombs in Iraqi capital, 20 dead**
  reuters.com - 1 minute ago

* **BALCO Founder Admits To Steroid Distribution**
  AllHeadlineNews.com - 21 minutes ago

advertisement



education-advancement.com

GET YOUR
PROMO JOB

Click to Earn Your Degree
while keeping your day job.

Find a Degree

WALDEN
UNIVERSITY

Find a School

## Free Daily Email News

Sign up to receive our free Daily e-News wire and get the top daily news sent to your inbox every morning.

[Subscribe]

We will never sell or share your email address

## Financial & Market Data

| | | |
|---|---|---|
| ▲ DAX | 4,712.90 | +13.63 | +0.29% |
| ▼ DJIA | 10,609.62 | -19.27 | -0.18% |
| ▼ FTSE 100 | 5,230.80 | -28.90 | -0.55% |
| ▲ Hang Seng | 14,504.29 | +12.75 | +0.09% |
| ▼ Nasdaq | 2,148.07 | -4.75 | -0.22% |
| ▼ Nikkei 225 | 11,758.68 | -5.58 | -0.05% |

# GIXO

Gixo is the most personalized news service available. Gixo instantly recommends current news based on the articles you've read in the headlines to match your interests. You can also customize the layout yourself. (Learn More...)

Your personalized GIXO start - Review your Gixo profile... | 0 get better recommendations

Columns 1 2 3    Font A A A    Auto Text On Off    Images On Off    View Articles in [___]

Login or Register to save your preferences: (Optional, Free & Anonymous)    Username: [____]    Password: [____]    LoginRe...

## Top Stories

**Egyptian chemist link to London blast**
British and FBI officials investigating an al-Qaeda connection in the London terror attacks are... (com.au)



**London Tonight launches Auction Aid**
..ten fantastic lots offered for sale online, with all the money raised going to the Red Cross's... (itv.com)

**Suicide bomb spree kills 20 across Baghdad**
Suicide car bombers blew themselves up in a series of attacks within hours across the Iraqi capital... (reuters.com)



**Rehnquist not retiring yet**
Chief Justice William H. Rehnquist's pledge to continue working despite his thyroid cancer leaves... (usatoday.com)

**CIA agent's spouse attacks Rove**

## Politics & Law

**Diaz takes stand in trial of photographer**
Back when Cameron Diaz was just an unknown model — newly graduated from Long Beach Polytechnic High,... (newsday.com)



**'Mercky ethics' attacked**
Merck & Co. traded its mission of healing and treating sickness for relentless marketing and pursuit... (dailynews.com)

**U.S. border open to Canadian cattle: Washington**
Canadian ranchers say they're encouraged that cows could be shipped into the United States as early... (cbc.ca)



**25 years' jail for WorldCom chief**
BERNARD Ebbers, the once-swaggering chief executive of WorldCom who oversaw the largest corporate... (com.au)

**Poll: U.S. Thinks Transit Attack Likely**



## Health

**The genetic 'switch' that m key to Alzheimer's cure**
THE brains of Alzheimer's p are not irretrievably dama have the ability to recover. (scotsman.com)

**Indonesia says bird flu su in deaths of three Indonesian**
A man and his two daughte died of suspected bird flu i Indonesia, authorities said Friday,... (cbc.ca)

**Parasite Gene Discovery ( World Health Breakthrough**
An estimated 500 million p worldwide are at risk from one of the three tropical... (dailynewscentral.com)



**Mandela in HIV Plea to Yo**
Nelson Mandela, South Afr former president, urged pe fight Aids by using condom (co.uk)

# memeorandum

*Fresh brewed news plus stewing views*

UPDATED FRIDAY, JULY 15, 2005 12:35 PM ET — PERMALINK TO TODAY'S ARCHIVE EDITION

Ranking: Most relevant first — Rank newest first — Explain ranking

## Rove Reportedly Held Phone Talk on C.I.A. Officer

By David Johnston / NYT — Posted 12 hours ago — Permalink

WASHINGTON, July 14 - Karl Rove, the White House senior adviser, spoke with the columnist Robert D. Novak as he was preparing an article in July 2003 that identified a C.I.A. officer who was undercover, someone who has been officially briefed on the matter said.

**Barbara O'Brien:** Rove Watch — The newest "dog ate my homework" story from the White House is that Karl Rove learned about Valerie Plame from Bob Novak in July 2003.

**Avedon Carol:** Notes from a turbulent world — Really, The New York Times has been wrong-footing it all the way down the line, and today is no exception.

**John Cole:** Rove/Plame/Novak and the NY Times — Big three page piece in the NY Times about a previously undisclosed phone...

**Tom Burka:** For instance, Libby said, Rove did not leak Valerie Plame's name and occupation to Robert Novak; Novak leaked it to him.

**Jesse Taylor:** Crap, Crap, And Yes, Crap — Given the latest spin on the Plame case (now, apparently, Novak called Rove, asked him...

**Andrew Sullivan:** We seem to know, thanks to Newsweek and now the NYT, that Rove confirmed to both Matt Cooper and Bob Novak that Joe Wilson's wife worked for the CIA.

Also: John @PowerLine, Michelle Malkin, Craig Crawford, Judd @ThinkProgress, Betsy Newmark, Richard Bradley, Steve Soto, Joe Gandelman, Matthew Sheffield, TheAnchoress, Tbogg, Bill Scher, Digby, Paul @Wizbang, Tom Maguire, Captain Ed, Lorie Byrd, Lambert @Corrente, Scott @PowerLine, Jim Romenesko, John Hawkins, Kevin Drum, Chris Bowers, Ed Cone, Chris Lawrence, Laura Rozen, Armando @DailyKos, Ataturk, Orrin Judd, Jeralyn Merritt, K.J. Lopez, Atrios

## Source: Rove Got CIA Agent ID From Media

By John Solomon / AP — Posted 10 hours ago — Permalink

---

Google
○ Web ○News

[Search]

**memeorandum** presents an automated hourly synopsis of the latest online news and opinion, combining weblog commentary with traditional news reports. (More)

Site Notices

Subscribe: [XML] (Help)
• Add to My Yahoo!
• Add to My MSN
• Add to Bloglines
• Add to NewsGator

Recent archives:

**July 2005**

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 1   | 2   |
| 3   | 4   | 5   | 6   | 7   | 8   | 9   |
| 10  | 11  | 12  | 13  | 14  | 15  | 16  |

# NewsBleed.com   news. simple.

News from around the world. News.com to learn ways. NEWSBLEED

Search NewsBleed: [____] go

» Set th
» Add th
» Custo

**News by subject**

My News Bleed
Top Stories
U.S. News
World News

Art
Business
Careers
Entertainment

Life
Kids Stories
Politics - Blogs
Politics - Domestic
Russia
Science
Sports
Technology
Travel
War on Terror
Weather
World Politics

## OPERA 8
speed. security.
simplicity

**News by source**

News Rome
BBC
Christian Science Monitor
Deutsche Welle
Globe and Asia
Moscow News
National Geographic
National Public Radio
New York Times
Reuters
Space.com
U.S. News & World Report
The Washington Post
Wired
Xinhua
Yahoo!

Our Partners

---

## Top Stories   read more...

### US appeals court says Guantanamo trial can procede (Reuters)
Yahoo! 7/15/2005 11:52 AM

Reuters - A federal appeals court ruled on Friday that a Guantanamo prisoner accused of being Osama bin Laden's bodyguard could be tried by a military tribunal, reversing a lower court decision that such a trial was unlawful and would violate his rights. Read more...

### Potter blunder as fans await book
BBC 7/15/2005 11:24 AM

An Edinburgh shop mistakenly allows people to read the new Harry Potter book as fans eagerly await its launch. Read more...

### Inflation Remains Flat Despite Energy Costs
New York Times 7/15/2005 12:00 PM

A series of economic reports released today showed weak inflation, improvements in manufacturing activity and slowing growth in business inventories. Read more...

### For Mormon Pilgrims, a New York State Mecca
New York Times 7/15/2005 12:00 PM

Since 1935, more than five million people have flocked to the Hill Cumorah Pageant to see the riotously colorful retelling of Mormon history. Read more...

### US appeals court says Guantanamo trial can procede (Reuters)
Yahoo! 7/15/2005 11:48 AM

Reuters - A federal appeals court ruled on Friday that a Guantanamo prisoner accused of being Osama bin Laden's bodyguard could be tried by a military tribunal, reversing a lower court decision that such a trial was unlawful and would violate his rights. Read more...

### Israel kills 5 Hamas gunmen as violence surges (Reuters)
Yahoo! 7/15/2005 11:37 AM

Reuters - Israel killed five Hamas gunmen in air strikes on Friday in relation to a deadly Palestinian rocket barrage, resuming its assassination policy against militants as a five-month-old truce appeared to be unraveling. Read more...

### Nine suicide bombs in Iraqi capital, 20 dead (Reuters)
Yahoo! 7/15/2005 11:40 AM

Reuters - Nine suicide car bombers exploded in a series of apparently coordinated attacks across the Iraqi capital on Friday, killing more than 20 people and wounding about 100, police sources said. Read more...

### Tiger Woods Pulling Away at British Open (AP)
Yahoo! 7/15/2005 11:44 AM

AP - Just as he did five years ago, Tiger Woods made the Old Course look like a neighborhood muni Friday, threatening to take his second British Open title in a rout. Read more...

### Fans Wait for Midnight and Potter Book (AP)
Yahoo! 7/15/2005 11:42 AM

AP - Desperate fans around the world waiting to read the latest adventures of schoolboy wizard Harry Potter will get a chance at the stroke of midnight, when "Harry Potter and

---

## Sports   read more...

### Gov't Panel to Lead London 2012 Security (AP)
Yahoo! 7/15/2005 11:41 AM

AP - Security at the London 2012 Games will be overseen by a high-level government committee, officials announced Friday. Read more...

### Babcock Introduced As New Red Wings Coach (AP)
Yahoo! 7/15/2005 11:11 AM

AP - Mike Babcock slipped on a Detroit cap and officially kicked off a new era in Hockeytown. The Red Wings introduced their new coach Friday during a news conference at Joe Louis Arena, and Babcock said he was looking forward to building on the Motor City's winning tradition. Read more...

### Wie Loses in Men's Publinx Quarterfinals (AP)
Yahoo! 7/15/2005 11:22 AM

AP - Michelle Wie's quest for an invitation to next year's Masters ended Friday with a 5-and-4 loss in the quarterfinals of the U.S. Amateur Public Links. Read more...

### Tiger Woods Pulling Away at British Open (AP)
Yahoo! 7/15/2005 11:44 AM

AP - Just as he did five years ago, Tiger Woods made the Old Course look like a neighborhood muni Friday, threatening to take his second British Open title in a rout. Read more...

---

## Technology read more...

### Big thinkers show the way forward
BBC 7/15/2005 10:34 AM

How technology and how small ideas have a global impact in the big message from an influential conference. Read more...

### India's Tata Consultancy net profit up 22 pct, global business improves (AFP)
Yahoo! 7/15/2005 10:28 AM

AFP - India's biggest software services exporter, Tata Consultancy Services, said its June-end net profit jumped 22.59 percent against a year ago, as its international business grew by more than five percent over the previous quarter. Read more...

### Lawmakers Debate In-Flight Cell Phone Use (PC World)
Yahoo! 7/15/2005 9:00 AM

PC World - Safety concerns, passenger comfort cited as key objections. Read more...

### AMD sales flat, profit falls from '04 (SiliconValley.com)
Yahoo! 7/15/2005 10:01 AM

SiliconValley.com - Advanced Micro Devices on Wednesday beat analysts' estimates for its second-quarter results thanks to strong demand for personal computer chips. Read more...

---

## International News   read more...

### Labor Officials Get Lesson in Modern Love
Deutsche Welle 7/15/2005 10:36 AM

Claiming jobless benefits in Germany means allowing officials a peep into your private life. But, as one woman discovered, having a double bed and an extra toothbrush could



**Clusty**

Web+ | News | Images | Shopping | Wikipedia | Jobs | Customizal

Top News   World   U.S.   Business   Sports   Health   Tech   Science

[ Cluster ]

Top 228 results of at least 6,551 retrieved for the query (Details)

**Cluster by:** [ Stories ▾ ]

**Top News (228)**

- Iraq (12)
- Federal appeals court (7)
- Oil (7)
- Films (7)
- Iowa, Bid (4)
- Sports (27)
- Orchestrated (3)
- Second-quarter earnings (5)
- Harry Potter and the Half-Blood (4)
- Space, Launch (6)
- more | all clusters

Tell us what you think
clusty@clusty.com

- Open in new window
- Show in clusters
- Toggle preview frame
- Expand clusters

**Iraq »**

- Ten suicide bombs in Iraqi capital, 25 dead *(Reuters)* 15 mins ago
- Triple suicide attack raises questions in Iraq *(Yahoo! News)* 36 mins ago
- Attacks kill 20 Iraqis, 2 Marines *(CNN)* 1 hour, 7 mins ago

**Oil »**

- Amid Rising Demand, Oil Supply Is Tight and Vulnerable to Threats *(NY Times)* 11 hours, 25 mins ago
- From China, Some Relief on Oil Demand *(NY Times)* 11 hours, 25 mins ago
- European shares end lower *(CNN)* 55 mins ago

**Iowa, Bid »**

- Pataki Weighs 2008 Bid, Travels to Iowa *(Yahoo! News)* 47 mins ago
- Iowa governor to chair Democratic Leadership Council *(CNN)* 1 hour, 5 mins ago
- Pataki Will Test '08 Winds in Iowa *(NY Times)* 1 hour, 27 mins ago

**Federal appeals court »**

- Greenhouse gases bid rejected *(CNN)* 42 mins ago
- U.S. to Resume Canada Cattle Imports Soon *(Yahoo! News)* 58 mins ago
- US appeals court says Guantanamo trial can proceed *(Yahoo! News)* 1 hour, 24 mins ago

**Films »**

- Swank, Costner to Narrate Sept. 11 Film *(Yahoo! News)* 33 mins ago
- Who's the next great film superhero? *(CNN)* 8 hours, 41 mins ago
- Harry days are here again *(CNN)* 2 hours, 15 mins ago

**Sports »**

- Shock loss to Canada adds to U.S. disappointment *(Reuters)* 32 mins ago
- Nicklaus battles, Tiger retains advantage *(Reuters)* 1 hour, 34 mins ago
- Valverde's Tour wrecked by injury *(CNN)* 3 hours, 33 mins ago

# NewsHub



## WinZip Companion for Outlook
NEW! TRY IT NOW! ZIP & ENCRYPT! NEW! TRY IT NOW! NEW!

Search [_____] (Search) (Advanced Search)

□Technology □ Financial □ World □US□Science □ Health □ Entertainment □ Sports □ Gaming

Home □ Top 25 Stories □ Syndicate NewsHub □ Login □   All times are EST   Last update 1:30 pm □ Choose Text Size: A A A **A**





### Entertainment

- **Crow's Armstrong song: "Make 'em suffer"**
  CNN Entertainment 1:16 pm
- **New York Dolls recording new album**
  CNN Entertainment 1:16 pm
- **In pictures: Waiting for Potter**
  BBC Entertainment 1:16 pm

3 New Articles In The Last 30 Minutes
65 Total

### Health

- **Sir Roy Meadow struck off by GMC**
  BBC Health 10:46 am
- **Deadly parasite genomes decoded**
  CNN Health 10:16 am
- **X-ray clues How medics try to identify bomb blast victims**
  BBC Health 8:16 am

0 New Articles In The Last 30 Minutes
38 Total

### Science

- **Malpractice litigation wrongly blamed for inconsistent healt**
  EurekAlert 12:46 pm

### Financial



- **Agent boom could signal housing bubble**
  CNBC 12:45 pm
- **Cement shortage threatens building boom**
  CNBC 12:45 pm
- **Market on the road to nowhere**
  CNBC 12:16 pm

0 New Articles In The Last 30 Minutes
143 Total

### Tech PR



- **Code Fathers Talk Programming Futures**
  eWEEK 12:46 pm
- **Scapegoating Ebbers Won't Cure Telecom Corruption**
  eWEEK 12:16 pm
- **Users' Confused About Blogs**
  eWEEK 12:16 pm

0 New Articles In The Last 30 Minutes
27 Total

### Sports



- **Jags Close to Trading for Bills' Henry**
  Yahoo's Sports Headlines 1:16 pm



# Case Studies: Google and Topix

- **Google News**
  - One in four pieces of content comes from AP
  - Almost half of Top Stories, U.S. and Sports sections
  - 25% or more of Entertainment, Business and World sections
  - No AP branding appears

- **Topix.net**
  - More than 60% of front content is AP
  - More than 25% of all national channel stories
  - Nearly 30% of local pages (in early July sample)
  - Newspaper and broadcast sites are principal sources

**AP Associated Press**

Private and Confidential



# AP Overall on Google News

**Stories & Photos**

Not AP 73%

AP 27%

n=571

**Stories**

Not AP 79%

AP 21%

n=571

**Photos**

Not AP 67%

AP 33%

n=245

Private and Confidential

43

Associated Press

# AP By Section on Google News

| Section | AP Stories & Photos % | Non-AP Stories & Photos % |
|---|---|---|
| Top Stories (13) | 46% | 54% |
| Sports (70) | 46% | 54% |
| US (71) | 45% | 55% |
| Entertainment (74) | 31% | 69% |
| Business (74) | 28% | 72% |
| World (65) | 26% | 74% |
| Health (66) | 18% | 82% |
| Sci/Tech (68) | 16% | 84% |
| UK (70) | 1% | 99% |
| Notes: *Number of cases in parentheses; percentages may not sum to 100 due to rounding* | | |

AP Associated Press

Private and Confidential

44



Private and Confidential

# AP by Locality on Topix

| Locality | AP Stories & Photos % | Non-AP Stories & Photos % |
|---|---|---|
| Fargo ND (28) | 43% | 57% |
| Little Rock AR (79) | 34% | 66% |
| Santa Fe NM (79) | 34% | 66% |
| Albany NY (84) | 32% | 68% |
| Lexington KY (90) | 29% | 71% |
| Portland ME (50) | 2% | 98% |

Notes:  Number of cases in parentheses; percentages may not sum to 100 due to rounding

**Associated Press**

# Topix Local Story Providers

| Story Provider | Number of Stories | % of All Stories |
|---|---|---|
| AP | 116 | 28% |
| Lexington Herald-Leader | 8 | 2% |
| Portland Press Herald | 7 | 2% |
| KTHV Little Rock | 6 | 2% |
| Knight Ridder | 6 | 2% |
| New York Times | 4 | 1% |
| Courier-Journal | 4 | 1% |
| KARK  Little Rock | 4 | 1% |
| Arkansas News | 4 | 1% |
| 9 tied at 3 stories | 27 | 7% |
| 25 tied at 2 stories | 50 | 12% |
| 155  tied at 1 story | 155 | 38% |
| Unattributed | 19 | 5% |

*Notes:  Some stories have multiple providers.  Percentages may not sum to 100 due to rounding.  n=410*

**AP Associated Press**



# Sources for Topix Scraping

Private and Confidential

48

# AP's Response

- **Adjustment are required:**

  - Tighter online licenses to protect source display of content by members and other customers

  - Stricter enforcement of IP rights with electronic tracking of content

  - Discussions with scrapers to license those uses

**AP** Associated Press

Private and Confidential

# How Others Are Adjusting

**YAHOO! SEARCH**

Subscriptions BETA

[Search Subscriptions] [Search the Web]

**Yahoo subscription search**

Sources: ☑ Consumer Reports   ☑ Forrester Research   ☑ New England Journal of Medicine
☑ FT.com (60 days)   ☑ IEEE publications   ☑ TheStreet.com
☑ Factiva   ☑ Lexis-Nexis   ☑ Wall Street Journal (30 days)

Note: You will need a valid subscription to the sources above to access their content. Learn More

Tip: Use preferences if you want to save these settings for future searches and want to add these sources to your regular Web search experience.

**Why is this search different?**

Yahoo! Search Subscriptions enables you to search access-restricted content such as news and reference sites that are normally not accessible to search engines.

Search all the sources listed above or check the specific sources you want to search. Use preferences if you want to save these settings for future searches and want to add these sources to your regular Web search experience.

Learn more about Yahoo! Search Subscriptions.

**For publishers**

Interested in making your content searchable by your subscribers via Yahoo! Search Subscriptions? Click here.

**Feedback**

Tell us what you think about Yahoo! Search Subscriptions. Send us feedback.

You can also suggest a publication to be included in Yahoo! Search Subscriptions.

Copyright © 2005 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site - Job Openings

**AP Associated Press**

50

Private and Confidential

# How Reuters Is Adjusting



REUTERS :::
KNOW NOW

About Reuters | Products & Services | Customer Zone | Careers

**URGENT!! Life Insurance Rates Are Lowest in History!**
Don't delay! Lock in your rates today and save a fortune on life insurance!

AccuQuote®

Change Edition | Quote | symbol lookup | Search

Updated Thu 7 Jul 2005 1:28 PM ET

HOME
INVESTING
BUSINESS
NEWS
Business
U.S.
International
Politics
Entertainment
Technology & Science
Sports
Health
World Crises
Oddly Enough
Life & Leisure
The News Room
Weather
Video
Pictures

LATEST INTERNET NEWS
GET IT HERE



**Stocks trim losses, AIG gains after drop**
Thu Jul 7, 2005 1:09 PM ET

NEW YORK (Reuters) -- U.S. stock indexes trimmed some losses on Thursday as investors jumped in to buy shares that tumbled after several explosions across London killed at least 33 people. Full Article

## NEWS

**Attacks kill 37 in London, Blair breaks off summit**
Thu Jul 7, 2005 1:21 PM ET

By Mike Collett-White and Trevor Datson

LONDON (Reuters) - Four blasts tore through packed trains and a bus during London rush hour on Thursday, killing 37 people and disrupting a summit of world leaders in Scotland in the deadliest peacetime attack on the capital. Full Article

More Top News Articles

10 Yr Level Term
$500,000 Policy
Click here!
Free Quote!

Login/Register | Help & Info

Get your weather forecast

| | DJIA | NASDAQ | S&P 500 |
|---|---|---|---|
| | ▼ 19.18 | ▼ 1.93 | ▼ 2.83 |
| | 10231.30 | 2056.72 | 1192.11 |

| age | male |
|---|---|
| 35 | $76.10 |
| 40 | $79.90 |
| 45 | $32.63 |
| 50 | $46.55 |

Reuters Mobile
Get It Now! FREE DOWNLOAD

G8 reaches climate deal in principle - Germany
OLENEAGLES, Scotland (Reuters) - The Group of Eight powers meeting in Scotland have reached agreement on joint action to combat global warming but have set no measurable targets, German negotiator Bernd Pfaffenbach told reporters.

Associated Press

# How Reuters Is Adjusting



# How Reuters Is Adjusting




Updated: Thu 7 Jul 2005 | 1:03 PM ET

Get your weather forecast

HOME
INVESTING
BUSINESS
NEWS

## Reuters interactive TV news channel on Microsoft Media Center Edition




Watch narrated stories and raw, unedited news footage on what's happening across the globe.

Reuters provides an interactive, full-screen news video experience for Microsoft® Windows® XP Media Center Edition users. The Reuters interactive TV news channel provides continuously updated footage with easy-to-use DVD-style interaction. As a free-of-charge service, users can browse and watch 1-5 minute long, fully produced Reuters reports and raw video segments on their TV at their convenience. News stories are updated dynamically and are available as they break.

**What is the Reuters Interactive TV news channel for Media Center?**
The Reuters news channel for Windows XP Media Center Edition delivers an interactive, full screen video news experience over the Internet to a home TV. It has been designed to have a similar user interface and navigation to Media Center, with remote control navigation that accesses DVD-like menus by using only the arrow keys and the select button. No keyboard, mouse input, or specialized controls are required making it well-suited for TV interaction.




24/7
Account Access

Dedicated
Customer
Care Team

Personal
Relationship
Managers

>> Get Started

# Why Now for AP?

- **A critical point has been reached:**

  – Audience migration has "tipped"

  – Unlicensed uses are proliferating

  – New opportunities ahead

  – Competitive position at risk





Private and Confidential

54

# Digital Agenda

- **What you'll hear today and tomorrow:**

  – A historical point of reference -- <u>Radio</u>

  – Our history and direction in commercial space

  – Detailed defense of our intellectual property rights

  – Technological solutions for tracking content use

  – Updated online license terms for members

  – Plan for incorporating online rights into GA

  – Update on eAP and its capabilities for handling content

  – Plan for moving quickly into new growth area -- <u>Video</u>

**AP Associated Press**

Private and Confidential