EXHIBIT 2 TO CROSS DECLARATION

FILED UNDER SEAL