Exhibit 8





Traffic  Weather  Subscriber Services  e-edition   **Register  Sign In**

Wednesday, October 31, 2012

**79°F** San Antonio, TX
Partly Cloudy

Q Search  ● mySA   Web Search by YAHOO!   **Businesses**

Home   News   Sports   Spurs   Business   Life   Food   A&E   Obituaries   Shopping   Coupons   Jobs   Autos   Homes   Classifieds   Index ▼

### Web Site Terms and Conditions of Use

The following terms and conditions (the "Terms and Conditions"), the Privacy Policy for www.mysanantonio.com (the "Privacy Policy") and all other supplementary documentation in connection therewith govern your use of this web site, and any content made available from or through this web site, located at www.mysanantonio.com, including any subdomains thereof (the "Web Site"). The Web Site is made available by Hearst Newspapers, LLC dba San Antonio Express-News ("Newspaper" or "we" or "us"). We may change the Terms and Conditions from time to time, at any time without notice to you, by posting such changes on the Web Site. BY USING THE WEB SITE, YOU ACCEPT AND AGREE TO THESE TERMS AND CONDITIONS AS APPLIED TO YOUR USE OF THE WEB SITE. If you do not agree to these Terms and Conditions, you may not access or otherwise use the Web Site.

**1. Proprietary Rights.** As between you and us, we or our licensors, as applicable, own, solely and exclusively, all rights, title and interest in and to the Web Site, all the content (including, without limitation, text, photographs, graphics, audio, visual and audiovisual content) other than Submitted Materials (as defined in Section 6 below), code, data and materials thereon, the look and feel, design and organization of the Web Site, and the compilation of the content, code, data and materials on the Web Site, including but not limited to any copyrights, trademark rights, patent rights, database rights, moral rights, sui generis rights and other intellectual property and proprietary rights therein. Your use of the Web Site does not grant to you ownership of any content, code, data or materials you may access on or through the Web Site.

**2. Limited License.** You may access and view the content on the Web Site on your computer or other device, and make single copies or prints of the content on the Web Site at your own risk and for your personal, non-commercial and internal use only, provided that you keep intact all copyright and other proprietary notices contained therein and use the same in accordance with all restrictions applicable to your use of the Web Site. Use of the Web Site and the services offered on or through the Web Site, are only for your personal, non-commercial use. You may not use the Web Site for commercial purposes or in any way that is unlawful, or harms us or any other person or entity, as determined in our sole discretion.

**3. Prohibited Use.** Any commercial or promotional distribution, publishing or exploitation of the Web Site, or any content, code, data or materials on the Web Site, is strictly prohibited unless you have received the express prior written permission from authorized personnel of the Newspaper or the otherwise applicable rights holder. Other than as expressly allowed herein, you may not download, post, display, publish, copy, reproduce, distribute, transmit, modify, perform, broadcast, transfer, create derivative works from, sell or otherwise exploit any content, code, data or materials on or available through the Web Site. You further agree that you may not alter, edit, delete, remove, otherwise change the meaning or appearance of, or repurpose, any of the content, code, data, or other materials on or made available through the Web Site. This includes, without limitation, the alteration or removal of any Trademarks (as defined in Section 4 below) or any other proprietary content or proprietary rights notices. If you make other use of the Web Site, or the content, code, data or materials thereon, except as otherwise provided above, you may be subject to liability for such unauthorized use on or through the Web Site, for violations of copyright and other applicable laws).

The Web Site is not intended for use by children, especially those under age 13. No one under age 13 is allowed to provide any personal information or use our public discussion areas, forums and chats. To subscribe to newsletters and to participate in other activities where personal information is divulged, you must be 13 or older and by your use thereof, you represent and warrant that you are over the age of 13. Minors between the ages of 13 and 17 should get the permission of their parent(s) or legal guardian(s) before using the Web Site.

**4. Trademarks.** The trademarks, logos, service marks and trade names (collectively the "Trademarks") displayed on the Web Site or on content available through the Web Site are registered and unregistered Trademarks of ours and others and may only be used in accordance with Section 2 above, provided that such use may not be likely to cause customer confusion or, in any manner, disparage or discredit their rights holders. All Trademarks not owned by us that appear on the Web Site or on or through the Web Site's services, if any, are the property of their respective owners. Nothing contained on the Web Site grants, by implication, estoppel, or otherwise, any license or right to use any Trademark displayed on the Web Site without our written permission or that of the third party rights holder.

**5. User Information.** In the course of your use of the Web Site and/or the services made available on or through the Web Site, you may be asked to provide certain personal information to us or to our third party vendors or service providers who facilitate our ability to make certain services available to you (such information referred to hereinafter as "User Information"). Our information collection and use policies with respect to the privacy of such User Information are set forth in the Web Site's Privacy Policy, which is incorporated herein by reference for all purposes, unless otherwise noted. In the event that we engage the services of third party vendors or other service providers, your User Information may be subject to the information collection and use policies with respect to the privacy thereof of such third party vendors and other service providers. We may use third parties to provide services in connection with Submitted Materials. In accordance with section D(i) of the Privacy Policy http://www.mysanantonio.com/about_us/privacy_policy, information in forums, information submitted for sweepstakes or other offerings, and Submitted Materials (including submitted video and pictures), become publicly available and may be used by us for any lawful purpose. We may share User Information that is included with Submitted Materials with third parties, including, without limitation, vendors or other service providers, affiliates and partners. You represent, warrant, acknowledge and agree that you are solely responsible for the accuracy and content of User Information.

**6. Submitted Materials.** Unless specifically requested, we do not solicit nor do we wish to receive any confidential, secret or proprietary information from you through the Web Site, by e-mail or in any other way. Any information, creative works (including, without limitation, text, photographs, graphics, audio, visual and audiovisual content), demos, ideas, suggestions, concepts, methods, systems, designs, plans, techniques or other materials submitted or sent to us (including, for example and without limitation, that which you submit or post to our chat rooms, message boards, review/ratings boards and/or our blogs, or send to us via e-mail) ("Submitted Materials") will be deemed not to be confidential or secret, and may be used by us in any manner consistent with the Privacy Policy. Prior to submitting any Submitted Materials, you must register with this Web Site and provide your User Information. By submitting or sending Submitted Materials to us, you: (i) represent and warrant that the Submitted Materials are not confidential or secret, and no confidential or fiduciary relationship is intended or created between you and us in any way; (ii) represent and warrant that the Submitted Materials are original to you, that no other party has any rights thereto, and that any "moral rights" in Submitted Materials have been waived; and (iii) you grant us and our affiliates, and our respective licensors, licensees, distributors, vendors, partners, agents, representatives, and other authorized users (collectively, "Representatives") a royalty-free, unrestricted, worldwide, perpetual, irrevocable, non-exclusive and fully transferable, assignable and



Most Read | Most Commented | Most Emailed

1  Woman found in river identified
2  Former councilman Wing dies at 75
3  Stevens High AP student goes on trial in slaying
4  Woman flees in high heels after crashing into bar
5  Man accused of raping 13-year-old
6  Texas Tech brings out special Lone Star Pride uniforms for UT
7  'Amazing Race' finalist Vanessa Macias booked for DWI



sublicensable right and license to use, copy, reproduce, modify, adapt, print, publish, translate, create derivative works from, distribute, perform and display such material (in whole or in part) and/or to incorporate it in other works in any form, media, or technology now known or later developed, including for promotional and/or commercial purpose, and to authorize others to do so. We cannot be responsible for maintaining any Submitted Materials that you provide to us, nor are we responsible for any information included in any Submitted Materials (for example, without limitation, a blog post or any comments to blog(s) created or posted by users), and we may delete or destroy any such Submitted Materials at any time. To the extent that any Submitted Materials submitted by you contain original songs or recordings, you hereby represent that you are a member of ASCAP, BMI, SESAC or any other applicable performing rights society and that all musical compositions (including lyrics) contained in such Submitted Materials are available for licensing to us and our affiliates (and our Representatives) directly from such societies. Notwithstanding the foregoing, regardless of whether you are a member of any performing rights society, you hereby grant us and our affiliates (and our Representatives) a perpetual, non-exclusive and irrevocable license to publicly perform each and every musical composition (including lyrics) contained in such Submitted Materials. To the extent that we solicit Submitted Materials through features or activities on the Web Site (including, without limitation, games, sweepstakes, contests, promotions and public forums) that require the use of our and/or our licensor's copyrighted works (in whole or in part), we hereby grant you a non-exclusive license to create a derivative work using our copyrighted works (in whole or in part); provided however, that such license shall be conditioned upon your assignment of all rights in the work you create to us or our licensor, as applicable. If such rights are not assigned to us and/or our licensor, as applicable, your license to create material using our copyrighted works (in whole or in part) shall be null and void. You agree to the foregoing grant of rights, consents, agreements and assignments whether or not your Submitted Materials are used by us.

You hereby appoint us as your agent with full power to enter into and execute any document and/or do any act we may consider appropriate to confirm the grant of rights, consents, agreements, assignments and waivers set forth in these Terms and Conditions.

If you submit a photograph or video, you also agree to, represent and warrant the following: (i) you have the rights necessary to authorize us and our affiliates (and our Representatives) to use such photograph or video as permitted by these Terms and Conditions; (ii) you authorize us and our affiliates (and our Representatives) to use such photograph or video as permitted by these Terms and Conditions; (iii) you have obtained the necessary permissions, if any, for us and our affiliates (and our Representatives) to use such photograph or video in accordance with the Terms and Conditions; and (iv) such photograph or video has not been manipulated or altered in any manner so as to distort or misrepresent any individual or thing depicted in it.

The Newspaper may, from time to time, make messaging services, chat services, bulletin boards, message boards, photo galleries, blogs, user review and ratings forums, other forums and other such services and features available on or through the Web Site to which you may have the opportunity to provide or submit Submitted Materials. In addition to any other rules or regulations that we may post in connection with a particular service or feature, and in addition to the rest of the Terms and Conditions, you represent, warrant and agree that you shall not upload, post, transmit, distribute or otherwise publish through the Web Site or any service or feature made available on or through the Web Site, any materials which are, do, or could reasonably be construed to be or do any of the following:

- restrict or inhibit any other user from using and enjoying the Web Site or the Web Site's services;
- are fraudulent, unlawful, threatening, abusive, harassing, libelous, defamatory, obscene, vulgar, offensive, pornographic, profane, sexually explicit or indecent, or that threatens or invites violence, or that is derogatory of others on the basis of gender, race, ethnicity, national origin, religion, sexual preference or disability;
- constitute or encourage conduct that would constitute a criminal offense, give rise to potential civil liability or otherwise violate any local, state, national or international law;
- violate, plagiarize or infringe the rights of third parties including, without limitation, copyright, trademark, trade secret, confidentiality, contract, patent, rights of privacy or publicity or any other proprietary right;
- contain a virus, spyware, or other harmful component;
- contain embedded links, advertising, chain letters or pyramid schemes of any kind;
- constitute or contain false or misleading indications of origin, endorsement or statements of fact; or
- contain sensitive, proprietary or confidential information about yourself or others.

Except as may be expressly permitted in connection with one of the Web Site's services, you also may not offer to buy or sell any product or service on or through your Submitted Materials. The Newspaper will not accept responsibility for any information included in any Submitted Materials created or posted by users. You alone are responsible for the content and consequences of any and all of your activities and you submit Submitted Materials at your own risk.

7. **Prohibited User Conduct.** You warrant and agree that, while using the Web Site and the various services and features offered on or through the Web Site (including, for example and without limitation, blogs, Podcasts, RSS feeds, video players, photo galleries, chat rooms and other public or open forums), you shall not: (a) impersonate any person or entity, whether actual or fictitious, including anyone from the Newspaper or its affiliates, or misrepresent your affiliation with any other person or entity; (b) insert your own or a third party's advertising, branding or other promotional content into any of the Web Site's content, materials or services (for example, without limitation, in an RSS feed or a Podcast received from the Newspaper or otherwise through the Web Site), or use, redistribute, reuse, republish, repurpose or otherwise exploit such content or service for any purpose or reason, including without limitation, further commercial or promotional purposes, or (c) attempt to gain unauthorized access to other computer systems through the Web Site. You also shall not and, by your use of the Web Site, represent and warrant that you are not:

- engaging in spidering, "screen scraping," "database scraping," harvesting of e-mail addresses, wireless addresses or other contact or personal information, or any other automatic means of obtaining lists of users or other information from the Newspaper, including without limitation any information residing on any server or database connected to the Web Site or the services offered on or through the Web Site;
- obtaining or attempting to obtain unauthorized access to computer systems, materials or information through any means;
- using the Web Site or the Web Site's services or features in any manner with the intent to interrupt, damage, disable, overburden, or impair the Web Site or such services or features, including, without limitation, sending mass unsolicited messages or "flooding" servers with requests;
- removing, concealing, editing or otherwise altering any trademark, copyright or other proprietary rights notice or any other mark or source identifier included in any content or features made available on or through the Web Site (for example, without limitation, in any Podcast, photograph or text);
- using the Web Site or the Web Site's services or features in violation of the Newspaper's or any third party's intellectual property or other proprietary, privacy or legal rights;
- using the Web Site or the Web Site's services in violation of any applicable law;
- attempting (or encouraging or supporting anyone else's attempt) to circumvent, reverse engineer, decrypt, or otherwise alter or interfere with the Web Site or the Web Site's services, or any content thereof, or make any unauthorized use thereof;
- using the Web Site in any manner that could damage, disable, overburden, or impair the Web Site or interfere with any other party's use and enjoyment of the Web Site or any of its services; or

obtaining or attempting to obtain any materials or information through any means not intentionally made publicly available or provided for through the Web Site.

**8. Right to Monitor and Editorial Control.** The Newspaper reserves the right, but does not have an obligation, to monitor and/or review all materials posted to the Web Site or through the Web Site's services or features by users, and the Newspaper is not responsible for any such materials posted by users. The Newspaper is not responsible for any failure to monitor, review and/or delete any materials posted to the Web Site or through the Web Site's services or features by users. However, the Newspaper reserves the right at all times to disclose any information as necessary or advisable to satisfy any law, regulation or government request; and to edit, to refuse to post or to remove any information or materials, in whole or in part, that, in the Newspaper's sole discretion, are objectionable or in violation of these Terms and Conditions, the Newspaper's policies or applicable law or for any reason whatsoever. We may also impose limits on certain features of the forums or restrict your access to part or all of the forums without notice or penalty if we believe you are in breach of the guidelines set forth in our Terms and Conditions or in violation of applicable law, or for any other reason without notice or liability.

**9. Transactions or Relationships Formed Between Users on the Web Site.** Some materials or information accessible in certain areas of the Web Site may be provided by other users and not by the Newspaper (including, for example and without limitation, information provided by individual property owners and real estate brokers, advertisements for third party or user-provided products or services, and submissions to blogs, photo galleries, message boards, chat rooms, review and ratings forums and other public forums available on or through the Web Site). From time to time, there may be opportunities on or through the Web Site for you to purchase certain products and/or services directly from such third parties (and in many cases, other users) who have advertised such products or services on the Web Site. The Newspaper assumes no responsibility for, and you are solely responsible for confirming, the availability, appropriateness, accuracy, sufficiency, correctness, veracity, completeness, reliability and timeliness of any such user-provided information, content, products, services, advertising or other materials. The inclusion of any such user-provided content on the Web Site does not imply endorsement or sponsorship by the Newspaper. You are solely responsible for any and all consequences of any such activities, transactions and relationships that you may conduct or form with other users of the Web Site. Any purchases that you make from such third parties or users who have advertised on or through the Web Site are made at your own risk. You acknowledge and agree that the Newspaper has no responsibility or liability for such purchases and/or transactions.

**10. Linking to the Web Site.** You agree that if you include a link from any other web site to the Web Site, such link shall link to the full version of an HTML formatted page of this Web Site. You are not permitted to link directly to any image hosted on the Web Site or our services, such as using an "in-line" linking method to cause the image hosted by us to be displayed on another web site. You agree not to link from any other web site to this Web Site in any manner such that the Web Site, or any page of the Web Site, is "framed," surrounded or obfuscated by any third party content, materials or branding. We reserve all of our rights under the law to insist that any link to the Web Site be discontinued, that the link open in a new browser window, and/or to revoke your right to link to the Web Site from any other web site at any time upon written notice to you.

**11. Indemnification.** By submitting or posting any User Information, photograph, video, and/or Submitted Materials or by using the Web Site you acknowledge and agree that, in the event that it becomes necessary or advisable for us to defend ourselves, in a court of law or otherwise, with respect to any such User Information, photograph, video, and/or Submitted Materials, or you engage in any prohibited conduct, as described below, we may rely on your representations and warranties contained herein. You agree to defend, indemnify and hold the Newspaper, its affiliates and Representatives and each of their respective directors, officers, employees and agents harmless from any and all claims, liabilities, costs and expenses, including reasonable attorneys' fees and other costs of enforcing these Terms and Conditions, arising in any way from your use of the Web Site, your placement or transmission of any message, content, information, software or other materials on or through the Web Site, or your breach or violation of the law or of these Terms and Conditions. The Newspaper reserves the right to assume the exclusive defense and control of any matter subject to indemnification by you, and in such case, you agree to cooperate with the Newspaper's defense of such claim and to reimburse the Newspaper for the reasonable costs and expenses thereof.

**12. Orders for Products and Services.** We may make certain products available to visitors and registrants of the Web Site. You may only order products if you are 18 years of age or older or, if you are between the ages of 13 and 17, you do so with the consent of your parent or legal guardian. You hereby represent and warrant that you are 13 years of age or older and, if you are between the ages of 13 and 17, your parent or legal guardian has consented to your use of the Web Site, as you so use it. You agree to pay in full the prices for any purchases you make either by credit/debit card concurrent with your online order or by other payment means acceptable to the Newspaper. You agree to pay all applicable taxes. If payment is not received by us from your credit or debit card issuer or its agents, you agree to pay all amounts due upon demand by us. Certain products that you purchase and/or download on or through the Web Site may be subject to additional terms and conditions presented to you at the time of such purchase or download or thereafter.

**13. Third Party Web Sites.** You may be able to link from the Web Site to third party web sites that take you outside of our service and third party web sites may link to the Web Site ("Linked Sites"). For example, if you click on a banner advertisement or a search result, the click may take you off the Web Site. This includes links from advertisers, sponsors and content partners that may use our logo(s) as part of a co-branding relationship. You acknowledge and agree that the Newspaper has no responsibility for the information, content, products, services, advertising, code or other materials which may or may not be provided by or through Linked Sites, even if they are owned or run by affiliates of ours, and you rely on the same at your own risk. Such Linked Sites are not under our control, and links to other sites are provided solely for the convenience of users. You acknowledge that when you leave our Web Site by any means, including, but not limited to, when you click on a link that leaves the Web Site, the site you will land on is not controlled by us and different terms of use and privacy policies apply. We reserve the right to disable links from third-party sites to the Web Site, although we are under no obligation to do so. Links to Linked Sites do not constitute an endorsement or sponsorship by us of such web sites or the information, content, products, services, advertising, code or other materials presented on or through such web sites. Also, the Newspaper is not responsible for any form of transmission received from any linked web site.

**14. Notice and Procedure for Making Claims of Copyright Infringement.**
We respect the intellectual property rights of others, and require that the people who use the Web Site, or the services or features made available thereon, do the same. If you believe in good faith that a copyrighted work has been copied in a way that constitutes copyright infringement, please notify our Copyright Agent, designated as such pursuant to the Digital Millennium Copyright Act, 17 U.S.C. § 512(c)(2), named below. To be effective, the notification must be a written communication that includes the following:

A physical or electronic signature of person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;

Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;

Information reasonably sufficient to permit us to contact the complaining party, including an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted;

A statement that the complaining party has a good-faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
We may give notice to our users that we have received a notice of infringement by means of a general notice on the Web Site, electronic mail to a user's e-mail address in our records, or by written communication sent by first-class mail to

a user's physical address in our records. If you receive such a notice, you may provide counter-notification in writing to the designated agent that includes the information below. To be effective, the counter-notification must be a written communication that includes the following:

Your physical or electronic signature;

Identification of the material that has been removed or to which access has been disabled, and the location at which the material appeared before it was removed or access to it was disabled;

A statement from you under the penalty of perjury, that you have a good faith belief that the material was removed or disabled as a result of a mistake or misidentification of the material to be removed or disabled; and

Your name, physical address and telephone number, and a statement that you consent to the jurisdiction of a Federal District Court for the judicial district in which your physical address is located, or if your physical address is outside of the United States, for the judicial district in which the Newspaper's offices are located, and that you will accept service of process from the person who provided notification of allegedly infringing material or an agent of such person.

**Copyright Agent[s]:**
Eric Braun
PO Box 1121 San Antonio, TX 78294
210-250-3618
[fax:] 210-250-3125
e-mail: ebraun@mysanantonio.com

**15. DISCLAIMER OF WARRANTIES.** THE WEB SITE, INCLUDING, WITHOUT LIMITATION, ALL SERVICES, CONTENT, FUNCTIONS AND MATERIALS PROVIDED THROUGH THE WEB SITE, ARE PROVIDED "AS IS," "AS AVAILABLE," WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY WARRANTY FOR INFORMATION, DATA, DATA PROCESSING SERVICES, UPTIME OR UNINTERRUPTED ACCESS, ANY WARRANTIES CONCERNING THE AVAILABILITY, PLAYABILITY, DISPLAYABILITY, ACCURACY, USEFULNESS, CORRECTNESS, PRECISION, THOROUGHNESS, COMPLETENESS OF CONTENT OR INFORMATION, AND ANY WARRANTIES OF TITLE, NON-INFRINGEMENT, MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND WE HEREBY DISCLAIM ANY AND ALL SUCH WARRANTIES, EXPRESS AND IMPLIED. WE DO NOT WARRANT THAT THE WEB SITE OR THE SERVICES, CONTENT, FUNCTIONS OR MATERIALS PROVIDED THROUGH THE WEB SITE WILL BE TIMELY, SECURE, UNINTERRUPTED OR ERROR FREE, OR THAT DEFECTS WILL BE CORRECTED. WE MAKE NO WARRANTY THAT THE WEB SITE OR PROVIDED SERVICES WILL MEET USERS' REQUIREMENTS. NO ADVICE, RESULTS OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM US OR THROUGH THE WEB SITE SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN. THE NEWSPAPER ALSO ASSUMES NO RESPONSIBILITY, AND SHALL NOT BE LIABLE FOR, ANY DAMAGES TO, OR VIRUSES THAT MAY INFECT, YOUR EQUIPMENT ON ACCOUNT OF YOUR ACCESS TO, USE OF, OR BROWSING IN THE WEB SITE OR YOUR DOWNLOADING OF ANY MATERIALS, DATA, INFORMATION, TEXT, IMAGES, VIDEO CONTENT, AUDIO CONTENT, OR OTHER CONTENT FROM THE WEB SITE.

WE RESERVE THE RIGHT TO CHANGE OR MAKE CORRECTIONS TO ANY OF THE INFORMATION PROVIDED ON THE WEB SITE AT ANY TIME AND WITHOUT ANY PRIOR WARNING. WE WILL NOT BE LIABLE FOR ANY INACCURACY OR OMISSION CONCERNING ANY OF THE INFORMATION PROVIDED ON THE WEB SITE. WITHOUT LIMITATION OF THE ABOVE IN THIS SECTION, THE NEWSPAPER, ITS AFFILIATES AND REPRESENTATIVES AND EACH OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES AND AGENTS MAKE NO WARRANTIES OR REPRESENTATIONS REGARDING ANY PRODUCTS OR SERVICES ORDERED OR PROVIDED VIA THE WEB SITE, AND HEREBY DISCLAIM, AND YOU HEREBY WAIVE, ANY AND ALL WARRANTIES AND REPRESENTATIONS MADE IN PRODUCT OR SERVICES LITERATURE, FREQUENTLY ASKED QUESTIONS DOCUMENTS AND OTHERWISE ON THE WEB SITE OR IN CORRESPONDENCE WITH THE NEWSPAPER OR ITS AGENTS. ANY PRODUCTS AND SERVICES ORDERED OR PROVIDED VIA THE WEB SITE ARE PROVIDED BY THE NEWSPAPER "AS IS," EXCEPT TO THE EXTENT, IF AT ALL, OTHERWISE SET FORTH IN A LICENSE OR SALE AGREEMENT SEPARATELY ENTERED INTO IN WRITING BETWEEN YOU AND THE NEWSPAPER OR ITS LICENSOR OR SUPPLIER.

UNDER NO CIRCUMSTANCES DOES YOUR USE OF THE WEB SITE FORM ANY RELATIONSHIP (OTHER THAN THE CONRACTUAL RELATIONSHIP CREATED BY THIS TERMS OF USE), WHETHER IMPLIED OR EXPRESS, WITH THE NEWSPAPER. THE NEWSPAPER HEREBY DISCLAIMS ANY SUCH RELATIONSHIP AND ANY LIABILITY ARISING AS A RESULT OF ITS USE OF ANY CONTENT, INCLUDING, WITHOUT LIMITATION, MESSAGES, COMMENTS OR CONTRIBUTIONS, CONTAINED ON THE WEB SITE.

**16. LIMITATION OF LIABILITY.** IN NO EVENT, INCLUDING BUT NOT LIMITED TO NEGLIGENCE, SHALL THE NEWSPAPER, ANY OF ITS AFFILIATES OR REPRESENTATIVES, OR ANY OF THEIR RESPECTIVE DIRECTORS, OFFICERS, EMPLOYEES OR AGENTS (COLLECTIVELY, THE "PROTECTED ENTITIES") BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE DAMAGES ARISING FROM, OR DIRECTLY OR INDIRECTLY RELATED TO, THE USE OF, OR THE INABILITY TO USE, THE WEB SITE OR THE CONTENT, MATERIALS AND FUNCTIONS RELATED THERETO, YOUR PROVISION OF INFORMATION VIA THE WEB SITE, LOST BUSINESS OR LOST SALES, EVEN IF SUCH PROTECTED ENTITY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES SO SOME OF THE ABOVE LIMITATIONS MAY NOT APPLY TO CERTAIN USERS. IN NO EVENT SHALL THE PROTECTED ENTITIES BE LIABLE FOR OR IN CONNECTION WITH ANY CONTENT POSTED, TRANSMITTED, EXCHANGED OR RECEIVED BY OR ON BEHALF OF ANY USER OR OTHER PERSON ON OR THROUGH THE WEB SITE. IN NO EVENT SHALL THE TOTAL AGGREGATE LIABILITY OF THE PROTECTED ENTITIES TO YOU FOR ALL DAMAGES, LOSSES, AND CAUSES OF ACTION (WHETHER IN CONTRACT OR TORT, INCLUDING, BUT NOT LIMITED TO, NEGLIGENCE OR OTHERWISE) ARISING FROM THE TERMS AND CONDITIONS OR YOUR USE OF THE WEB SITE EXCEED, IN THE AGGREGATE, THE AMOUNT, IF ANY, PAID BY YOU TO THE NEWSPAPER FOR YOUR USE OF THE WEB SITE. IF YOU ARE DISSATISFIED WITH THE WEB SITE, YOUR SOLE REMEDY IS TO DISCONTINUE USING THE WEB SITE.

**17. Applicable Laws.** We control and operate the Web Site from our offices in the United States of America. We do not represent that materials on the Web Site are appropriate or available for use in other locations. Persons who choose to access the Web Site from other locations do so on their own initiative, and are responsible for compliance with local laws, if and to the extent local laws are applicable. All parties to these terms and conditions waive their respective rights to a trial by jury.

**18. Termination.** The Newspaper may terminate, change, suspend or discontinue any aspect of the Web Site or the Web Site's services (including, without limitation, content, features or hours of availability), at any time and for any reason. The Newspaper may restrict, suspend or terminate your access to the Web Site and/or its services if we believe you are in breach of our terms and conditions or applicable law, or for any other reason without notice or liability. If we have banned you from the Web Site or any of the services on or available through the Web Site, you may not return to the Web Site for any reason or in any manner. Once you have been banned from use of the Web Site, you may not thereafter use the Web Site under a new username or identity. In the event that you do return, or attempt to return, to the Web Site or a particular service after you have been banned, you will be deemed to have breached these Terms and Conditions, and the Newspaper reserves the rights to obtain reimbursement from you for any costs and expenses incurred to enforce these Terms and Conditions and otherwise to pursue all rights and remedies available to it at law or in equity with respect to such breach. The Newspaper maintains a policy to terminate the Web Site use privileges of users who repeatedly infringe the intellectual property rights of others (including those of the Newspaper).

**19. Terms relating to Digital Applications** In case of digital applications, the following additional provisions apply: These terms of use are between you and The Newspaper. The platform provider for the application is not a party to these terms, but may be a third party beneficiary of them. You will look solely to The Newspaper for any maintenance and support issues arising in connection with the content of the application and The Newspaper, not the platform

provider, is solely responsible for any claims that may arise with respect to the content of the application. You are authorized to use the application solely on a device that you own or control, and solely as permitted by the usage terms of the platform provider of the application. By using the application, you represent that you are not located in a country that is subject to an embargo of the U.S. government or that has been designated as a "terrorist supporting" country and that you are not listed on any U.S. government list of prohibited or restricted parties. Any questions regarding the application may be addressed to The Newspaper at Eric Braun, PO Box 1121 San Antonio, TX 78294 or email ebraun@mysanantonio.com.

**20. Changes to Terms and Conditions.** The Newspaper reserves the right, at its sole discretion, to change, modify, add or remove any portion of the Terms and Conditions, in whole or in part, at any time. Changes in the Terms and Conditions will be effective when posted. Your continued use of the Web Site and/or the services made available on or through the Web Site after any changes to the Terms and Conditions are posted will be considered acceptance of those changes.

**21. Miscellaneous.** The Terms and Conditions, and the relationship between you and us, shall be governed by the laws of the State of Texas, United States of America, without regard to conflict of law provisions. You agree that any cause of action that may arise under the Terms and Conditions shall be commenced and be heard in the appropriate court in the State of Texas, County of Bexar, United States of America. You agree to submit to the personal and exclusive jurisdiction of such courts. Our failure to exercise or enforce any right or provision of the Terms and Conditions shall not constitute a waiver of such right or provision. If any provision of the Terms and Conditions is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision, and the other provisions of the Terms and Conditions remain in full force and effect.

This Terms and Conditions of Use was last updated on May 23, 2011.

**CD & Money Market Rates**
Search For the Highest Rates. Financial Calculators & Articles.
MMA.Bankrate.com

**54-Year-Old Mom Looks 27**
Follow this 1 weird tip and remove 20 years of wrinkles in 20 days.
theSmartConsumerLiving.com

**Invest In Mutual Funds**

| MYSA | Life | TOPICS | MARKETPLACE | COMMUNITY SUBMITTED | ABOUT US |
|---|---|---|---|---|---|
| Home | Events Calendar | Community | Autos | Calendar | About Us |
| News | Multimedia | Health | Classifieds | Photos | Contact Us |
| Blogs | National/International | Living Green SA | Jobs | | Advertise online |
| Business | Obituaries | Military | Real Estate | OTHER EDITIONS | Advertise in print |
| Sports | Politics | Outdoors | Shopping | e-Edition | Newspaper Delivery |
| Columnists | Travel | Visitors' Guide | Business Directory | Mobile | Place a classified ad |
| Editorials | Traffic | Guide to San Antonio | Fan Shop | Facebook | EN Subscription Services |
| Education | Weather | SA Paws | | Follow us on Twitter | Buy Photos |
| Entertainment | Food | ConexionSA | | | Archives |
| | Spurs | | | | Privacy Policy |
| | | | | | Terms and Conditions |
| | | | | | Ad Choices |



San Antonio Express-News
© 2012 Hearst Communications Inc.
HEARST newspapers

MY YAHOO!
A quadrantONE partner