EXHIBIT 18 TO CROSS DECLARATION

FILED UNDER SEAL