**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE ASSOCIATED PRESS,

*Plaintiff,*

v.

MELTWATER U.S. HOLDINGS, INC.;
MELTWATER NEWS U.S., INC.; and
MELTWATER NEWS U.S. 1, INC.,

*Defendants.*

ECF Case

Case No.: 2:12-cv-1087-DLC-FM

**NOTICE OF MOTION TO FILE
A BRIEF AMICI CURIAE**

*Granted.*
*[signature]*
*2/28/13*

---

**PLEASE TAKE NOTICE** that, upon the Declaration of Charles S. Sims and the accompanying proposed *amici curiae* brief, The New York Times Company, Advance Publications, Inc., Gannett Co., Inc., The McClatchy Company, The Newspaper Association of America and BurrellesLuce move this Court for an order granting leave to appear *amici curiae* and submit the accompanying *amici curiae* brief in support of Plaintiff Associated Press' Motion for Summary Judgment. Counsel for the Associated Press consented to the filing of this brief; Counsel for Meltwater Holdings refused to grant consent without seeing the proposed brief in advance. Declaration of Charles S. Sims, dated February 25, 2013 at ¶ 3.

|  |  |
|---|---|
| February 25, 2013 | Respectfully submitted,<br><br>By: <u>Charles S. Sims /s/</u><br><br>Charles S. Sims<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036<br>Tel: (212)-969-3000<br>Fax: (212)-969-2900<br><br>*Attorneys for Amici Curiae* |