UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :   12 Civ. 1087 (DLC)
THE ASSOCIATED PRESS,                     :
                    Plaintiff,            :   ORDER
                                          :
          -v-                             :
                                          :
MELTWATER U.S. HOLDINGS, INC.;            :
MELTWATER NEWS U.S., INC.; and            :
MELTWATER NEWS U.S. 1, INC.,              :
                                          :
                    Defendants.           :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

In an Opinion and Order dated March 20, 2013 ("March 20 Opinion"), the Court granted the plaintiff's motion for summary judgment, with one exception. The March 20 Opinion also denied the defendants' motion for summary judgment. It is hereby

ORDERED that the parties shall advise the Court by 10:00 AM on March 21, 2013 whether they request any redactions from the Opinion before it is filed in the public record.

Dated:    New York, New York
          March 20, 2013

                                   _____
                                        DENISE COTE
                                   United States District Judge