```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    12 Civ. 1087 (DLC)
THE ASSOCIATED PRESS,                   :
                         Plaintiff,     :         ORDER
                                        :
          -v-                           :
                                        :
MELTWATER U.S. HOLDINGS, INC.;          :
MELTWATER NEWS U.S., INC.; and          :
MELTWATER NEWS U.S. 1, INC.,            :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    On March 21, 2013, the Court filed a redacted version of the Court's Opinion of March 20 on the public record. Subsequently, it was brought to the Court's attention that information regarding the number of customers Meltwater has in the United States has already been placed in the public record. Accordingly, it is hereby

    ORDERED that the information describing the number of Meltwater customers in the United States in the Court's March 20 Opinion shall be unredacted. The unredacted page is appended to this Order.

Dated:    New York, New York
            March 21, 2013

                                            _____
                                                 DENISE COTE
                                       United States District Judge

platform also allows AP's customers to save their searches and to receive search results on an ongoing basis. AP's customers can receive email alerts when an article that is responsive to one of their custom searches has been published. In addition, AP has licensed its content to customers that, in turn, permit their users to search for AP articles using keyword search terms.

II. Meltwater News

Meltwater is an international "software as a service" ("SaaS") company that operates in twenty-seven countries. It was founded in 2001 in Norway. Its United States subsidiaries currently have four hundred employees, nine U.S. offices, and an annual income of [REDACTED] of dollars.

In 2005, Meltwater began offering a news monitoring service to subscribers in the United States called Meltwater News. Meltwater News now has more than 4,000 customers in the United States. Its U.S. customers are businesses, non-profit organizations, and government agencies. An annual subscription fee costs thousands of dollars.

Meltwater News subscribers have access to Meltwater's "Global Media Monitoring" product, which offers a suite of online services. The Global Media Monitoring product enables users to monitor the news based on the presence of certain words