


27th Floor
1633 Broadway
New York, NY 10019-6708

**Elizabeth A. McNamara**
(212) 603-6437 tel
(212) 489-8340 fax

lizmcnamara@dwt.com

April 2, 2013

VIA E-MAIL



The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

Re:  *The Associated Press v. Meltwater U.S. Holdings, Inc.,*
     <u>Civ. No. 1:12-01087 (DLC)</u>

Dear Judge Cote:

We represent AP in the above-referenced matter and write pursuant to Your Honor's March 28, 2013 Order, which directed the parties to submit letters informing the Court of the claims and counterclaims they still intend to pursue in this action.

AP intends to withdraw the following claims contained in its First Amended Complaint (Dkt. No. 30), pursuant to the attached stipulation of dismissal, which will be filed promptly:

- Contributory Copyright Infringement (Second Cause of Action)
- Vicarious Copyright Infringement (Third Cause of Action)
- "Hot News" Misappropriation (Fifth Cause of Action)
- Removal or Alteration of Copyright Management information (Sixth Cause of Action)

Further, pursuant to 17 USC §§ 412 and 504(c), AP elects to recover statutory damages for the remaining causes of action set forth in AP's First Amended Complaint. (At the appropriate time, AP will also be seeking its attorney's fees and costs in this action pursuant to 17 U.S.C. § 505.)

Respectfully yours,

Elizabeth A. McNamara

cc:  David Kramer, Esq.

DWT 21548054v2 0025295-000064

| Anchorage | New York | Seattle |
| Bellevue | Portland | Shanghai |
| Los Angeles | San Francisco | Washington, D.C. |

www.dwt.com