UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

THE ASSOCIATED PRESS,

        Plaintiff,

- against -

MELTWATER U.S. HOLDINGS, INC.;
MELTWATER NEWS U.S., INC.; and
MELTWATER NEWS U.S. 1, INC.

        Defendants.

------------------------------------------------------------x

12 Civ. 1087(DLC)(FM)

ECF Case

**VOLUNTARY STIPULATION OF DISMISSAL**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for Plaintiff The Associated Press ("AP") and Defendants Meltwater U.S. Holdings, Inc., Meltwater News U.S., Inc., and Meltwater News US1, Inc. (collectively "Meltwater"), as follows:

    1.    Pursuant to Fed. R. Civ. P. 41(a)(1), AP dismisses with prejudice its claims against Meltwater for Contributory Copyright Infringement (Second Cause of Action) and Vicarious Copyright Infringement (Third Cause of Action), as set forth in AP's First Amended Complaint.

    2.    Pursuant to Fed. R. Civ. P. 41(a)(1), AP dismisses without prejudice its claims against Meltwater for "Hot News" Misappropriation (Fifth Cause of Action) and Removal or Alteration of Copyright Management information (Sixth Cause of Action), as set forth in AP's First Amended Complaint.

    3.    Pursuant to Fed. R. Civ. P. 41(a)(1) and (c), Meltwater dismisses without prejudice its counterclaims against AP for Declaratory Judgment of Safe Harbor from Infringement Claims Based upon the Digital Millennium Copyright Act (Count II); Libel Per Se

(Count III); and Tortious Interference (Count IV), as set forth in Meltwater's Amended Answer and Counterclaims.

4. Each party shall bear its respective costs and attorney's fees in connection with the above-referenced claims and counterclaims, but each party reserves the right to seek costs and attorney's fees in connection with the remaining claims in this action.

5. This stipulation may be executed in counterparts, and facsimile or PDF copies of the signature pages of this stipulation are deemed as originals for the purposes of any filing or judicial endorsement.

Dated: April 2, 2013

By: *[signature]*

Elizabeth A. McNamara
Linda Steinman
Alison B. Schary
Collin J. Peng-Sue
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone: (212) 489-8230
Facsimile: (212) 489-8340

*Attorneys for Plaintiff The Associated Press*

Dated: April 2, 2013

By: *David Kramer/RAG*

David H. Kramer
WILSON, SONSINI, GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, California 94303
Telephone: (650) 320-4741
Facsimile: (650) 493-6811

Tonia Ouellette Klausner
Brian M. Willen
Catherine Grealis
WILSON, SONSINI, GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Fl.
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendants Meltwater U.S. Holdings, Inc., Meltwater News U.S., Inc. and Meltwater News U.S. 1, Inc.*

**SO ORDERED:**
This 15 day of April 2013.

_____
Honorable Denise Cote
United States District Judge

DWT 19364502v3 0025295-000064