UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE ASSOCIATED PRESS, | ) |
| Plaintiff, | ) CASE NO: 12-CV-01087(DLC-FM) |
| -against- | ) |
| MELTWATER US HOLDINGS INC.; MELTWATER NEWS US INC.; and MELTWATER NEWS US1 INC., | ) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| Defendants. | ) |
| MELTWATER US HOLDINGS INC.; MELTWATER NEWS US INC.; and MELTWATER NEWS US1, INC., | ) |
| Counterclaim-Plaintiffs, | ) |
| -against- | ) |
| THE ASSOCIATED PRESS, | ) |
| Counterclaim-Defendant. | ) |

[Stamp: DOCUMENT ELECTRONICALLY ... 7/30/13]

IT IS HEREBY STIPULATED by and between Plaintiff and Counterclaim-Defendant The Associated Press, and Defendants and Counterclaim-Plaintiffs Meltwater U.S. Holdings, Inc., Meltwater News U.S., Inc. and Meltwater News U.S. 1, Inc., that all remaining claims and

counterclaims asserted in this action are dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The parties shall bear their respective costs and attorneys' fees.

Dated: July 19, 2013

DAVIS WRIGHT TREMAINE LLP

By: _____
Elizabeth A. McNamara
Linda Steinman
Alison B. Schary
Collin J. Peng-Sue
1633 Broadway, 27th Floor
New York, New York 10019

*Attorneys for The Associated Press*

WILSON SONSINI GOODRICH & ROSATI PC

By: _____
Tonia Ouellette Klausner
Brian M. Willen
Catherine Grealis
1301 Avenue of the Americas, 40th Floor
New York, New York 10019

David H. Kramer (admitted *pro hac vice*)
650 Page Mill Road
Palo Alto, California 94304

*Attorneys for Meltwater*

SO ORDERED:

_____
Hon. Denise L. Cote

July 30, 2013